Carla M. Wirtschafter (SBN 292142)
Email:   cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone 310-734-55200
Fax 310-734-5299

James C. McCarroll (*Pro hac vice forthcoming*)
599 Lexington Avenue, 29th Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jmccarroll@reedsmith.com

Rizwan A. Qureshi (*Pro hac vice forthcoming*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
Email: rqureshi@reedsmith.com

*Attorneys for Petitioner*
  *Daniel Snyder*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No. _____<br><br>**Declaration of Rizwan A. Qureshi in Support of *Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782** |

DECLARATION OF RIZWAN A. QURESHI IN SUPPORT OF *EX PARTE* PETITION FOR ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

## DECLARATION OF RIZWAN A. QURESHI

I, Rizwan A. Qureshi, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Reed Smith LLP, attorneys of record for petitioner Daniel Snyder ("Petitioner" or "Mr. Snyder") in this matter.

2. I am fully familiar with the facts and circumstances set forth herein and submit this Declaration in support of Mr. Snyder's *Ex Parte* Petition, pursuant to 28 U.S.C. § 1782, for assistance in aid of a foreign proceeding.

3. Attached hereto as **Exhibit A** is a true and correct copy of the subpoena for the production of documents that Petitioner seeks to serve on Respondent.

4. Attached hereto as **Exhibit B** is a true and correct copy of the deposition subpoena that Petitioner seeks to serve on Respondent.

5. Attached hereto as **Exhibit C** is a Proposed Order.

6. Attached hereto as **Exhibit D** is a true and correct copy of the text of the MEAWW Privacy Policy, *accessible at* https://meaww.com/page/privacy (*last accessed* August 5, 2020).

7. Attached hereto as **Exhibit E** is a true and correct copy of Respondent's Statement of Information, filed with the California Secretary of State, as available at https://businesssearch.sos.ca.gov/ (*last accessed* August 5, 2020).

8. Attached hereto as **Exhibit F** is a true and correct copy of the document commencing the litigation currently pending in The Court of the Hon'ble High Court of Delhi (the "Indian Court"), bearing the caption *Daniel Snyder Through his SPA Holder vs. Eleven Internet Services LLP & Ors.* (the "Indian Action").

9. Attached hereto as **Exhibit G** is a true and correct copy of a July 16, 2020 article published on MEAWW.com, at the URL https://meaww.com/washington-redskins-owner-dan-snyder-to-step-down-owing-to-sex-trafficking-allegations-fan-reaction, bearing the headline "Washington Redskins owner Dan Snyder faces sex trafficking allegations; Internet says, 'He was on Epstein's list[.]'" (the "First Defamatory Article").

- 2 -
DECLARATION OF RIZWAN A. QURESHI IN SUPPORT OF *EX PARTE* PETITION FOR ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

10. Attached hereto as **Exhibit H** is a true and correct copy of a July 16, 2020 article published on MEAWW.com at the URL https://meaww.com/washington-redskins-dan-snyder-jeffrey-epstein-sexual-harrasment-sex-trafficking-scandal-name-change, bearing the headline "#RedskinsScandal: Will Dan Snyder rename Washington Redskins the 'Epsteins'? Angry Internet screams 'throw him out'" (the "Second Defamatory Article").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of August, 2020 at Washington D.C.

_____
Rizwan A. Qureshi, Esq.