1  Carla M. Wirtschafter (SBN 292142)
   Email:   cwirtschafter@reedsmith.com
2  REED SMITH LLP
   1901 Avenue of the Stars, Suite 700
3  Los Angeles, CA  90067-6078
   Telephone 310-734-55200
4  Fax 310-734-5299

5  James C. McCarroll (*Pro hac vice forthcoming*)
   599 Lexington Avenue, 29th Floor
6  New York, NY 10022
   Tel: (212) 521-5400
7  Fax: (212) 521-5450
   jmccarroll@reedsmith.com
8
   Rizwan A. Qureshi (*Pro hac vice forthcoming*)
9  1301 K Street, N.W.
   Suite 1000, East Tower
10 Washington, DC 20005-3317
   Telephone: (202) 414-9200
11 Facsimile: (202) 414-9299
   Email: rqureshi@reedsmith.com
12
13 *Attorneys for Petitioner*
     *Daniel Snyder*
14

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17

| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No.<br>_____<br><br>**[PROPOSED] ORDER GRANTING JUDICIAL ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782** |
|---|---|

- 1 -
[PROPOSED] ORDER GRANTING JUDICIAL ASSISTANCE IN AID OF
A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

Upon consideration of the *ex parte* petition for assistance in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782 (the "Petition") submitted by petitioner Daniel Snyder ("Petitioner"), and all papers submitted in support thereof, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.,* 542 U.S. 241 (2004) weigh in favor of granting the Petition; and it is further

**ORDERED** that the Petition is **GRANTED**, and it is further

**ORDERED** that Petitioner is granted leave to serve this Order and the subpoenas attached to the Declaration of Rizwan A. Qureshi, dated August 7, 2020, as Exhibit "A" and Exhibit "B" upon respondent New Content Media, Inc., and is authorized to issue additional subpoenas for deposition testimony and the production of documents as Petitioner reasonably deems appropriate and as is consistent with the Federal Rules of Civil Procedure; and it is further

**ORDERED** that New Content Media, Inc. comply with such subpoenas in accordance with and subject to its rights under the Federal Rules of Civil Procedure and the Rules of this Court.

**SO ORDERED.**

DATED: _____, 2020

_____
UNITED STATES DISTRICT JUDGE