# EXHIBIT E



# Secretary of State
## Statement of Information
(California Stock, Agricultural Cooperative and Foreign Corporations)

**SI-550**

**FILED**
Secretary of State
State of California

MAY 09 2019

11 NFIPU

*This Space For Office Use Only*

IMPORTANT — Read instructions before completing this form.

Fees (Filing plus Disclosure) – $25.00;

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

NEW CONTENT MEDIA INC.

**2. 7-Digit Secretary of State File Number**

C4157536

### 3. Business Addresses

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box: 1601 Vine Street, 6th Floor | Los Angeles | CA | 90028 |
| b. Mailing Address of Corporation, if different than Item 3a | | | |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | | CA | |

### 4. Officers

The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| a. Chief Executive Officer/ | Anay | | Chowdhary | |
| Address: 1601 Vine Street, 6th Floor | City: Los Angeles | | State: CA | Zip: 90028 |
| b. Secretary | Alysha | | Chowdhary | |
| Address: 1601 Vine Street, 6th Floor | City: Los Angeles | | State: CA | Zip: 90028 |
| c. Chief Financial Officer/ | Nirnay | | Chowdhary | |
| Address: 1601 Vine Street, 6th Floor | City: Los Angeles | | State: CA | Zip: 90028 |

### 5. Director(s)

California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name and address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Address | City (no abbreviations) | State | Zip Code

b. Number of Vacancies on the Board of Directors, if any: 

### 6. Service of Process (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
Corporation Service Company Which Will Do Business In California As CSC - Lawyers Incorporating Service

### 7. Type of Business

Describe the type of business or services of the Corporation
Media

**8. The Information contained herein, including in any attachments, is true and correct.**

| 05/07/2019 | Anay Chowdhary | CEO | [Signature] |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

Scanned by CamScanner