# EXHIBIT G

HOME / NEWS / CELEBRITY

# Washington Redskins owner Dan Snyder faces sex trafficking allegations; Internet says, 'He was on Epstein's list'

The minority shareholders are apparently looking at bringing him down citing inappropriate and unchaste behavior as one of the major reasons

By Prarthna Sarkar
Updated On : 00:10 PST, Jul 16, 2020



Daniel Snyder (Getty Images)

National Football League team Washington Redskins' majority owner Daniel Snyder has found himself in trouble yet again and this time it's allegedly for sex trafficking. The minority shareholders are apparently looking at bringing him down citing inappropriate and unchaste behavior as one of the major reasons.

Although there has been no official mention of this major development and has apparently only been teased as a "disappointing news" by the Washington Post, a Reddit page has revealed that the publication is all set to crack down on Daniel and so that he will be forced to give up his share in the team resulting in his removal. Allegedly, Jay Gruden, Larry Hess and Eric Schaffer are in trouble too.

Daniel had been at the center of similar controversies back in the day when the Redskins cheerleaders were sent off to Costa Rica for a week-long trip that included topless photoshoots. In a Times story, several unnamed girls shared detailed accounts of what went down at the resort they were put up in. This was followed by a spate of accusations against the Redskins' management team that they were pimping out cheerleaders to male sponsors and suite holders. "At one of my friend's shoots, we were basically standing around her like a human barricade because she was basically naked, so we could keep the guys from seeing her," a cheerleader told Times.

Meanwhile, fans are coming down hard on Daniel and possibly hoping that the alleged news about him being removed the team comes true.

"It's been the worst run sports franchise of the last 20 yrs and one man is to blame. I'm sure it's awful," a fan wrote, while another shared: "I can't imagine literally anything short of dan snyder single handedly running the wayfair sex trafficking ring out of the ref locker rooms in fedex field that could make that org look worse than they already have for years."

Meanwhile, other users on the internet wondered if the article would be about his alleged involvement in sex trafficking as one user wrote, "Dan Snyder was sex trafficking? Yeah I knew he was an unlikeable ass but I didn't think it would be that extreme. My god." Another added, "Dan Snyder. The Washington Redskins owner is getting popped for sex trafficking. He was on Epstein's list too. We've been known."

MEA WorldWide (MEAWW) cannot independently verify the claims or accusations being made on the Internet.

ENTERTAINMENT
Movies
Music
TV
Ranked & Rated

NEWS
Human Interest
Crime & Justice
Health
Science
Celebrity

SUBSCRIBE

MEAWW is an initialism for Media Entertainment Arts WorldWide. We are one of the world's fastest growing media-tech companies with hubs around the world. MEAWW brings you the best content from its global team of reporters on a platform technologically tailored to meet the needs of the modern reader.

About Us   Contact Us   Privacy Policy   Terms of use   Corrections   Accuracy & Fairness   Ethics Code   Sitemap   Your Ad Choices        © 2019 MEAWW All rights reserved