# EXHIBIT H

# #RedskinsScandal: Will Dan Snyder rename Washington Redskins the 'Epsteins'? Angry Internet screams 'throw him out'

The report does not directly accuse Dan Snyder of misconduct, it paints a sorry picture of the toxic culture at the Washington Redskins

By Jyotsna Basotia
Updated On : 18:09 PST, Jul 16, 2020



Dan Snyder (Getty Images)

National Football League team Washington Redskins' majority owner Daniel Snyder has been found to be embroiled in sexual harassment and threats of retaliation. After days of speculation, rumors started floating around on social media on July 16 when a Reddit thread shed light on alleged sex trafficking claims, as reported by [MEA WorldWide](#) (MEAWW).

The claims were made public after The Washington Post released a story detailing the accounts of 15 women who spoke to the newspaper. While the report does not directly accuse Snyder of misconduct, it paints a sorry picture of the toxic culture at the workplace. While 14 of 15 women refuse to be identified due to fears of litigation arising from nondisclosure agreements, the report explicitly states: "No woman accused Snyder or former longtime team president Bruce Allen of inappropriate behavior with women, but they expressed skepticism the men were unaware of the behavior they allege."

Emily Applegate, a former marketing coordinator, spoke to the newspaper and detailed how women were regularly subjected to sexual remarks and inappropriate touching. Not just Dan — who has run the organization since 1999 — but Jay Gruden, Larry Hess and Eric Schaffer

are allegedly in trouble too. No sooner did it come in the public eye, people started slamming Snyder on Twitter.

"After reading that WaPo article, one thing is abundantly clear: the NFL needs to force Dan Snyder out. He does not deserve to own a football team. What a disgrace that organization is," one tweet read and another said, "It's clear from the Post story that the men who were harassing reporters and coworkers in the Washington organization felt like they could operate with impunity. Their behavior was awful, and it's on Daniel Snyder to create a culture where there are repercussions. He did not."

"The fact the Redskins wouldn't deny the allegations and pull the non-disclosure agreement for victims to speak out, says all you need to hear about owner Daniel Snyder #redskinsscandal," one tweet read and another said, "Keep in mind If women quit every time men behaved inappropriately in the workplace there would be literally 0 women in the workforce. Miss me with the 'why didn't they just quit' comments. #redskinsscandal."

One even went on to joke: "Dan Snyder has decided on a new team name: Epsteins."

Many other women came forward on Twitter to share their experiences. "1.) Current news about #redskinsscandal is just the beginning 2.) I met Larry Michael once. You could smell his misogyny & objectifying nature 3.) We have to raise better people. No more "boys will be boys" crap - boys will be men & held responsible 4.) These women are awesome!" one posted.

Another said, "First of all, F**K the Washington football team. Disgusting behavior. Women can't do ANYTHING or go ANYWHERE without falling prey to "men" who opt to abuse their position and platform. And also F**K every media outlet that tried to exploit this story for clicks! #redskinsscandal." One tweet even went on to say: "And they are changing their name. Meanwhile, despite all this virtue signaling and transparent outrage, no one gives two flying f*cks about the actual plight of native Americans #redskinsscandal."

If you have a news scoop or an interesting story for us, please reach out at (323) 421-7514