# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SNYDER<br><br>PLAINTIFF(S)<br><br>v.<br><br>NEW CONTENT MEDIA, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20−mc−00076−MWF−MRW<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

__8/7/2020__   __1__   __APPLICATION for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. 1782__

Date Filed        Doc. No.       Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The filing fee for Miscellaneous cases is $47.00. Counsel may e−file an Application for Refund of Fees Form G−124.

Clerk, U.S. District Court

Dated: __August 10, 2020__     By: __/s/ Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov__
                                        Deputy Clerk