Carla M. Wirtschafter (SBN 292142)
Email:   cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone 310-734-55200
Fax 310-734-5299

James C. McCarroll (*Pro hac vice forthcoming*)
Jordan W. Siev (*Pro hac vice pending*)
599 Lexington Avenue, 29th Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jmccarroll@reedsmith.com

Rizwan A. Qureshi (*Pro hac vice pending*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
Email: rqureshi@reedsmith.com

*Attorneys for Petitioner*
  *Daniel Snyder*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 2:20-mc-00076<br><br>**Supplemental Declaration of Rizwan A. Qureshi in Support of *Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782** |

- 1 -
SUPPLEMENTAL DECLARATION OF RIZWAN A. QURESHI IN SUPPORT OF *EX PARTE* PETITION FOR ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

## DECLARATION OF RIZWAN A. QURESHI

I, Rizwan A. Qureshi, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Reed Smith LLP, attorneys of record for petitioner Daniel Snyder ("Petitioner" or "Mr. Snyder") in this matter. I am fully familiar with the facts and circumstances set forth herein and submit this Supplemental Declaration in support of Mr. Snyder's *Ex Parte* Petition, pursuant to 28 U.S.C. § 1782, for assistance in aid of a foreign proceeding.

2. According to the MEAWW Privacy Policy (filed at Dkt. 1-5), MEAWW's Services, defined therein to include the "Websites", "Apps", "Social Media Pages" and "email messages" (Dkt. 1-5, pp. 2), are "hosted and operated in the United States." (Dkt. 1-5, 9 at § 9.) To the best of my knowledge and understanding, Respondent, New Content Media, Inc., is the only U.S.-based entity that is associated and affiliated with the defendants named in the litigation currently pending in The Court of the Hon'ble High Court of Delhi (the "Indian Court"), bearing the caption *Daniel Snyder Through his SPA Holder vs. Eleven Internet Services LLP & Ors.* (the "Indian Action") (Dkt. 1-7).

3. Attached hereto as **Exhibit I** is a true and correct copy of a screenshot of the MEAWW App available for download on the Google Play store, which identifies the App as being offered by Respondent New Content Media, Inc..

4. Attached hereto as **Exhibit J** is a true and correct copy of a screenshot of the MEAWW App available for download on the iTunes store, which identifies the same App with the same logo that is set forth in Exhibit I, as being offered by Eleven Internet Services LLP, a defendant in the Indian Action.

5. Attached hereto as **Exhibit K** is a true and correct copy of the Respondent's 2018 Statement of Information, filed with the California Secretary of State on August 12, 2018, which identifies David Richard as the agent for service of process for the Respondent at that time.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 2 -
SUPPLEMENTAL DECLARATION OF RIZWAN A. QURESHI IN SUPPORT OF *EX PARTE* PETITION FOR ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

6. Attached hereto as **Exhibit L** is a true and correct copy of Mr. Richard LinkedIn profile which is publicly available and which I viewed online today. Mr. Richard states that from August 2017 to July 2018 he was located in the "Greater Los Angeles Area" and served as Head of Partnerships & Operations, North America for MEA Worldwide, "a US based digital-first global entertainment and news company." (*See* pp. 3.) He also states that he still lives in the Los Angeles area, and has worked (and currently works) for certain of the Indian Action Defendants. (*See* pp. 2.)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of August, 2020 at Washington D.C.

*Rizwan A. Qureshi/wfg*
_____
Rizwan A. Qureshi, Esq.

SUPPLEMENTAL DECLARATION OF RIZWAN A. QURESHI IN SUPPORT OF *EX PARTE* PETITION FOR ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782