# EXHIBIT I

10/23/2018 10:01 AM



Search

# Apps

My apps

Shop

Games

Kids

Editors' Choice

Account

Payment methods

Play Points   New

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

Categories     Home     Top charts     New releases

# MEAWW: Media Entertainment Arts World Wide

New Content Media Inc.     News & Magazines     19

Everyone 10+

You don't have any devices.

Add to Wishlist     Install



Meaww App makes it easier to consume latest events happening across the world with a focus on entertainment and showbiz news.

* Movies: Whether it's a Hollywood blockbuster or an art-house classic, Meaww covers the global film industry with a verve and passion unmatched amongst its peers.

READ MORE

REVIEWS     Review Policy

4.2

19 total

5
4
3
2
1

**Bbss Bsbsb**

September 23, 2018     14

How do i get back to the comment section after i made a comment about an article & someone commented back to me...now i can't find the comment or how to get back to it to

Exhibit I, page 1



Exhibit I, page 2

Case 2:20-mc-00076-MWF-MRW   Document 9-1   Filed 08/11/20   Page 4 of 4   Page ID #:265

| Hollywood S<br>moritz lindaue<br>$0.99 | America's G<br>NBCUniversal | WOAI News<br>Sinclair Digital | Food Netwo<br>Television Foc |

©2020 Google    Site Terms of Service  Privacy  Developers  Artists  About Google  | Location: United States  Language: English (United States)

By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

**Exhibit I, page 3**