# EXHIBIT J

Case 2:20-mc-00076-MWF-MRW   Document 9-2   Filed 08/11/20   Page 1 of 3   Page ID #:266



## Information

| | |
|---|---|
| Seller | Eleven Internet Services LLP |
| Size | 7.2 MB |
| Category | News |
| Compatibility | Requires iOS 12.2 or later. Compatible with iPhone, iPad, and iPod touch. |
| Languages | English |
| Age Rating | 12+ |
| | Infrequent/Mild Realistic Violence |
| Copyright | © 2018 Eleven Internet Services LLP |
| Price | Free |

App Support ↗   Privacy Policy ↗

## Supports

**Family Sharing**
With Family Sharing set up, up to six family members can use this app.

## You May Also Like

See All


**Superman Homepage**
News


**The Times Literary Sup...**
News


**BBC Cymru Fyw**
News

**Bristol Live**
News

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved.

🇺🇸 Choose your country or region

Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map