# EXHIBIT L

Case 2:20-mc-00076-MWF-MRW   Document 9-4   Filed 08/11/20   Page 2 of 9   Page ID #:272



Join now    Sign in



### David Richard
Founding Member, Head of Partnerships & Operations Pubninja
Los Angeles, California · 500+ connections

Sign in to Connect

 PubNinja

 Lasell College

## About

Management professional that blends over 10+ years of experience in sales and operations with a solid foundation in project and client management. My work and experience has spanned multiple sectors and technical areas. I possess a strong aptitude for multifaceted work and an ability to work under tight deadlines. I have a proven history of supporting a startup organization, assuming accountability for a multitude of functions from sales development to project management, account and relationship management to execution. Enhancing the breadth and delivery of branding/advertising solutions in domestic and international markets.

## Activity

If you are a creator then I suggest listening to Nirnay Chowdhary being interviewed by Pawan Rochwani. Learn how to "Future Proof"

Exhibit L, page 1

 Linked in                                              Join now    Sign in

There are over a dozen (probably in each cities) IT solution companies that offer personalised apps/online management systems for content businesses….

Liked by **David Richard**

 Join us tomorrow as the one and only RiFF RAFF goes live with his Personal Community Fan Club to talk about his upcoming album drop VANiLLA GORiLLA…

Shared by **David Richard**

## Experience


**Founding Member, Head of Partnerships & Operations**
PubNinja
Jul 2018 – Present · 2 years 2 months
Greater Los Angeles Area

PubNinja is an all-in-one platform for creators to grow, engage and monetize with their audience. We help creators build their own individually owned platform. Providing the necessary infrastructure and tools for monetization, content management, and distributions.

You can produce content in all consumable formats from Video, Audio, and Text. There are no requirements to know how to design or code, only to create.

Designed for the Passion Economy, and by a passionate team!


**Head of Partnerships & Operations**
The Daily Net
Aug 2018 – Dec 2019 · 1 year 5 months
Greater Los Angeles Area

The Daily Net is an independent content creation and management company that helps publishers and influencers grow their businesses.

We partner with publishers to enhance their editorial operations by providing services in

Exhibit L, page 2



Join now    Sign in



### Head of Partnerships & Operations, North America
MEA WorldWide

Aug 2017 – Jul 2018 · 1 year

Greater Los Angeles Area

MEA WorldWide (An Initialism of Media Entertainment Art WorldWide) is a U.S based digital-first global entertainment and news company.



### Sales Director & Publisher Manager
Post Intelligence

Jul 2016 – Jul 2017 · 1 year 1 month

San Francisco Bay Area

(Acquired by Uber)

-Post Intelligence (Pi) is the world's first AI-based social media assistant. Pi helps users make great posts and gain followers by creating a deep learning model just for them. Once it understands you and your posting patterns, suggests content, optimal times and even personalized topics.

Pi helps brands manage and optimize their social media. Influencers earn revenue by sharing relevant sponsored content suggested by Pi. More than 1.5m social media…

Show more ⌄



### MyLikes
1 year 5 months

#### Director of Account Management / Ad Network Liaison
Nov 2015 – Jul 2016 · 9 months

San Francisco Bay Area

Mylikes is one of the largest social media-centered content distribution networks that uses machine-learning models blended with real-time data analytics to offer a unique end-to-end audience engagement solution for advertisers & publishers.

#### Account & Customer Success Manager
Mar 2015 – Oct 2015 · 8 months

Exhibit L, page 3


client contracts by negotiating terms and pricing.


### Director Of Operations
Drai's Enterprises

Dec 2013 – Dec 2014 · 1 year 1 month

Beverly Hills, CA

Devised, implemented, and managed the placement program while tracking the overall health and growth of the concept.

### Operations Manager
Wood & Vine LLC

Jun 2012 – Nov 2013 · 1 year 6 months

Hollywood, CA

Supervised daily operations, payroll, purchasing, and hiring while managing, training, and scheduling a staff of over 20.


### Operations & Events Coordinator
Brinker International

Sep 2008 – May 2012 · 3 years 9 months

Los Angeles, CA

Cultivated and executed a myriad of different events. Managing the details from supply to staffing.


### DynTek
5 years

### Sales Director Federal Territory
2006 – 2008 · 2 years

Washington D.C.

Directed expansion and new business development in the federal sector.

### Account Sales Manager
2004 – 2006 · 2 years

New York, NY



Join now     Sign in

**Business Developement & Inside Sales Manager**

2003 – 2004 · 1 year

Boston, MA

Generated leads building and maintaining a steady pipeline for our sales team.

## Education



**Lasell College**

B.S. · Marketing, Merchandising · Cum Laude

Activities and Societies: Honors Program, Writer and Editor for Polished Magazine

## Volunteer Experience



**Volunteer**

LA Works

2013 – 2015 · 2 years

Children

## Groups



Digital Marketing: Social Media, Search, Mobile & more

## Recommendations

A preview of what LinkedIn members have to say about David:

" David is an incredible asset, both from a professional and culture-fit standpoint. He is consistently one of the top performers, going above and beyond his quarterly quotas, striving to work with top-rated companies and elevating the organization in the process. He is driven and not afraid to ask the hard questions. He learns about new products quickly and his in-

Exhibit L, page 5



Join now    Sign in

relationships. I look for people who have a rare combination of professional skills learned from working in a large company with a natural bias for entrepreneurial action. David epitomizes that.

1 person has recommended David

Sign in to view

## View David's full profile

- See who you know in common
- Get introduced
- Contact David directly

Sign in to view full profile

## Others named David Richard

**David RICHARD**
Avocat à la cour - Docteur en droit at Lex Terra Avocat
Paris Area, France

**David Richard**
Rig Delivery Manager at Gulf Drilling International
New Brunswick, Canada


**David Richard**
Chief Executive Officer ActivSkeen [Soletanche Freyssinet entity] at VINCI Construction
Paris Area, France


**David Richard**
Freelance - Content Writer/Copy Writer/Language Coach/Proof Reader/Social Media Expert
India

Exhibit L, page 6

 Join now | Sign in

859 others named David Richard are on LinkedIn

See others named **David Richard**

## Add new skills with these courses

 Customer Service: Serving Internal Customers

 Phone-Based Customer Service

 Leading and Working in Teams

See all courses

## David's public profile badge

Include this LinkedIn profile on other websites

 **David Richard**
Founding Member, Head of Partnerships & Operations Pubninja

 Founding Member, Head of Partnerships & Operations at PubNinja

Lasell College

View profile                                                                 Linked in

View profile badges

Linked[in]                                                    Join now | Sign in

Copyright Policy                        Brand Policy
Guest Controls                          Community Guidelines
Language

Exhibit L, page 8