UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MC 20-76 MWF (MRWx) | Date | August 11, 2020 |
|---|---|---|---|
| Title | In Re Application of Daniel Snyder | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | AT&T 8/11/2020 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Carla Wirtschafter<br>Rizwan Qureshi<br>Jordan Siev | None Present |

**Proceedings:**   **ORDER RE: TELEPHONE CONFERENCE**

    The Court conferred with the parties. Counsel informed the court that a supplemental declaration will be filed no later than August 12, 2020. After the deadline passes, the Court will take the matter under submission.

                                                                          : 25

Initials of Preparer      vp