Carla M. Wirtschafter (SBN 292142)
Email:    cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone 310-734-55200
Fax 310-734-5299

Jordan W. Siev (*Pro hac vice*)
599 Lexington Avenue, 29th Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jsiev@reedsmith.com

Rizwan A. Qureshi (*Pro hac vice*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
Email: rqureshi@reedsmith.com

*Attorneys for Petitioner*
  *Daniel Snyder*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 2:20-mc-00076<br><br>**Declaration of Rizwan Qureshi in Support of Supplemental *Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782**<br><br>*The Honorable Michael R. Wilner* |

## DECLARATION OF RIZWAN A. QURESHI

I, Rizwan A. Qureshi, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Reed Smith LLP, attorneys of record for petitioner Daniel Snyder ("<u>Petitioner</u>" or "<u>Mr. Snyder</u>") in this matter. I am fully familiar with the facts and circumstances set forth herein and submit this Declaration in support of Mr. Snyder's Supplemental *Ex Parte* Petition, pursuant to 28 U.S.C. § 1782, for assistance in aid of a foreign proceeding, and to request authorization from this Court to serve the additional discovery on Respondent contained in Exhibits Q and R attached hereto.

2. On August 7, 2020, my office, on behalf of Mr. Snyder, commenced this miscellaneous action for assistance in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782. On August 11, 2020, I and my colleagues participated in a telephonic conference with the Court [Dkt. 10]. On August 11, 2020, I filed a supplemental declaration, which provided additional documents and information known to Petitioner about Respondent New Content Media, Inc.'s affiliation with the Defendants in litigation currently pending in The High Court of Delhi at New Delhi (the "<u>Indian Court</u>"), bearing the caption *Daniel Snyder Through His SPA Holder vs. Eleven Internet Services LLP & Ors.*, filed August 7, 2020 (the "<u>Indian Action</u>").

3. The present Supplemental Petition seeks limited additional discovery from New Content Media, Inc. — which as described in the Petition and the Supplemental Declaration of Rizwan Qureshi [Dkt. 9] is the U.S.-based affiliate of defendants in the Indian Action — about its business dealings with Honey House XXX, LLC d/b/a Honey House PR ("<u>HoneyHouse</u>"); its principal, Mr. Ari Bass ("<u>Mr. Bass</u>") a/k/a and/or p/k/a Michael Whiteacre; and Mr. Marc Randazza, who has worked extensively with Mr. Bass ("<u>Mr. Randazza</u>").

4. Based upon information available on the California Secretary of State website, Honey House XXX, LLC is a limited liability company organized and existing under the laws of the State of California. Upon information and belief, HoneyHouse

- 2 -

DECLARATION OF RIZWAN A. QURESHI IN SUPPORT OF SUPPLEMENTAL *EX PARTE* PETITION FOR ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

1  XXX, LLC does business as HoneyHouse PR and has its principal place of business in
2  Las Vegas, Nevada.  Upon information and belief, Ari Scott Bass a/k/a and/or p/k/a
3  Michael Whiteacre is an individual residing in Henderson, Nevada, and is a member
4  and director of HoneyHouse. Upon information and belief, Mr. Randazza is an
5  individual residing in Las Vegas, Nevada.

6        5.      HoneyHouse claims to be a "[b]outique public relations, marketing and
7  communications company" which will "[b]uild brand awareness" and which has "[o]ver
8  25 y[ea]rs of [adult film] entertainment industry experience."  HoneyHouse's Twitter
9  banner image, which was also posted in accompanying Tweets on at least November
10 10, 2019 and August 30, 2020, highlights the media outlets with which HoneyHouse
11 purportedly has strong connections.  Prominently featured in that image is the MEAWW
12 logo.  Attached hereto as **Exhibit M** is a true and correct copy of the HoneyHouse
13 Twitter page displaying the account header image and Tweets, dated November 10,
14 2019 and August 30, 2020, containing the MEAWW logo, which I caused someone
15 from my office to download.

16       6.      A comparison of the lists of Twitter accounts that Ari Bass and Dean
17 Williams, the CEO of MEAWW, follow, shows that HoneyHouse (@honeyhousepr)
18 also follows MEAWW on social media, as well as several pornographic Twitter
19 accounts which are also followed by Dean Williams (@MoonBarker76).

20       7.      HoneyHouse has also promoted MEAWW's articles on the porn industry,
21 including one article written about adult film star Addie Andrews.  *See, e.g.*,
22 https://twitter.com/HoneyHousePR/status/1189161383058821120 (post dated October
23 29, 2019).  This article was written by Priyam Chhetri of MEAWW.  Attached hereto
24 as **Exhibit N** is a true and correct copy of the aforementioned post which I caused to be
25 downloaded from HoneyHouse's Twitter page, as well as the linked MEAWW article.

26       8.      Priyam Chhetri also wrote a story on MEAWW that discussed negative
27 information about an entity called "GirlsDoPorn" following a court ruling against it in
28

- 3 -

DECLARATION OF RIZWAN A. QURESHI IN SUPPORT OF SUPPLEMENTAL *EX PARTE* PETITION FOR
ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

San Diego. Attached hereto as **Exhibit O** is a true and correct copy of the MEAWW article written by Priyam Chhetri. This same entity, "GirlsDoPorn," was the subject of at least two negative Tweets by HoneyHouse, one of which tied the owner and 3 employees of "GirldDoPorn" to an indictment for sex trafficking – much like the false allegations against Petitioner by MEAWW. Attached hereto as **Exhibit P** is a true and correct copy of the HoneyHouse tweet of this article and the underlying article which I caused to be downloaded from *www.avn.com*.

9. In or around 2015, Alexandra Mayers filed a declaration in the case stylized as *Jennifer Brochey Randazza v. Alexandra Mayers* (Eighth Judicial District Court, Clark County Nevada; Case No. A-14-699072-C) in which she alleges that Randazza and Bass launched a music production label named Randazza Records, which she alleged "breached copyright legislation and stole . . . an audio track of a musical piece" from Ms. Mayers. In her declaration, Ms. Mayers further alleged that Randazza, Bass and two others were also named in a Las Vegas police report (# LLV150429002666) for "consistently stalking, intimidating and harassing [Alexandra Mayers] online and offline." Attached hereto as **Exhibit Q** is a true and correct copy of Ms. Mayers' declaration which I caused to be downloaded.

10. There are extensive ties between Randazza and Bass, and HoneyHouse and MEAWW, all of which makes the requested discovery of their individual or collective dealings with MEAWW the proper subject of discovery in this proceeding. *See, e.g., Cox vs. Randazza, et al.*, Docket No. 2:13-cv-00297 (D. Nev. Feb 24, 2013) (naming Mr. Randazza and Mr. Bass as co-defendants in an action arising out of their alleged defamation, harassment and threats to an investigative blogger in the adult film industry); https://ellensuazo.wordpress.com/2014/10/08/ex-pornstaractivist-monica-foster-physically-stalked-by-porn-attorney-marc-randazza-and-porn-thug-ari-bass/ ("These men, whom btw have been given mainstream media access on several occasions in the past year, are actively stalking, harassing, intimidating and threatening

a fellow activist and anyone else who speaks out about the criminal activity and abuse running rampant in Porn Valley."). Attached hereto as **Exhibits R** and **S**, respectively, are true and correct copies of the Complaint in the *Cox v. Randazza* action and the Ellen Suazo article noted above.

11. Upon information and belief, Respondent is in possession, custody, and/or control of substantial documentary information, including emails, text messages, electronic and physical notes, call records, and other documents, that would demonstrate HoneyHouse's, Mr. Bass's and Mr. Randazza's respective roles in the Indian Action Defendants' scheme to defame Petitioner — all of which is currently at issue in the Indian Action. Attached hereto as **Exhibit T** is Petitioner's supplemental subpoena for the production of documents that Petitioner seeks to serve on Respondent, containing 6 additional Requests for Documents related to HoneyHouse, Mr. Bass and Mr. Randazza. Attached hereto as **Exhibit U** is Petitioner's supplemental deposition subpoena of Respondent, containing 4 additional Deposition Topics related to HoneyHouse, Mr. Bass and Mr. Randazza.

12. A Proposed Order is filed concurrently herewith.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of September, 2020 at Washington D.C.

*Rizwan A. Qureshi /wfq*
_____
Rizwan A. Qureshi, Esq.

- 5 -

DECLARATION OF RIZWAN A. QURESHI IN SUPPORT OF SUPPLEMENTAL *EX PARTE* PETITION FOR ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782