# EXHIBIT M



Explore

Settings

**HoneyHouse PR**
19.2K Tweets

Follow

**HoneyHouse PR**
@HoneyHousePR

Boutique public relations, marketing and communications company. Build brand awareness. Over 25 yrs of entertainment industry experience. PR@HoneyHouseXXX.com

Los Angeles / Las Vegas   Joined September 2018

**1,885** Following   **1,727** Followers

Tweets | Tweets & replies | Media | Likes

Pinned Tweet

**HoneyHouse PR** @HoneyHousePR · Aug 15
How the pandemic could forever change the way porn gets made

Feat: @TheOGKennedy
@XxxJoslyn @mikestabile

via @mashable

The following media includes potentially sensitive content. View
Change settings

3   8   15

**HoneyHouse PR** @HoneyHousePR · 40m
Paradise Lagoon | Trailers From Hell

The following media includes potentially sensitive content. View
Change settings

HoneyHouse PR Retweeted

**Breaking911** @Breaking911 · 1h
BIDEN: "COVID has taken this year, just since the outbreak, has taken more than 100 years... Look. Here's... The lives... It's just... I mean, think about it. More lives this year than any other year, for the past hundred years."

Search Twitter

**New to Twitter?**
Sign up now to get your own pers

Sign up

**You might like**

**Jonny Loquasto** @JQuasto

**porn-star.com** @randyfranklin

**Green fairy Justine** @justinejoli

Show more

**What's happening**

MLB · 2 hours ago
**The Padres make a mega-d acquire ace pitcher Mike Clevinger**
Trending with: Padres

K-pop · Trending
**WHAT YOONGI WANTS YO**
32.5K Tweets

Trending in United States
**"Harry"**
793K Tweets

US election · 3 hours ago
**A 2011 video of Harry Bela apparently falling asleep w doctored to falsely depict J Biden**
Trending with: Harry Belafonte an Scavino

K-pop · Trending
**Bangtan**
664K Tweets

Show more

Terms Privacy policy Cookies /
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   S

**Exhibit M**

**HoneyHouse PR**
@HoneyHousePR

Up your game. DM or email...



Exhibit M

7:38 PM · Aug 30, 2020 · Twitter for iPhone



Exhibit M