# EXHIBIT Q

1  **BREF**
Alexandra Mayers
2  480 W. Bonanza Road
Las Vegas, NV 89106
3  818-804-8739
alexandramayers@yahoo.com
4
Defendant, In Proper Person
5

6  **EIGHTH JUDICIAL DISTRICT COURT**

7  **CLARK COUNTY, NEVADA**

8

| | |
|---|---|
| Jennifer Brochey Randazza | |
| Plaintiff(s), | Case No.: A-14-699072-C |
| | Dept. No.: 32 |
| vs. | |
| Alexandra Mayers | |
| Defendant(s). | |

**BRIEF**

It appears that in the wake of Randazza Legal Group's order by Nevada Arbitrator Stephen E. Haberfeld to pay gay pornographic production studio $600K + for "clear and serious breaches of fiduciary duty" (JAMS #1260002283) , Marc Randazza with the assistance of his associate Ari Scott Bass aka Michael Whiteacre have launched a music production label named Randazza Records.

As of October 25th 2015, though Marc Randazza of Randazza Legal Group is clearly aware of copyright legislation being that his lawfirm has been involved in a multitude of legal cases revolving around copyright issues, Randazza's associate Ari Scott Bass aka Michael Whiteacre breached copyright legislation and stole (utilized without my authorization) an audio track of a musical piece (a song) that I, Alexandra Mayers, wrote, performed and produced

Page 1 of 3

1  independently entitled "Choice". My musical work was clearly being used in effort to promote
2  Randazza Records on soundcloud.com **(exhibit A).**

3      Ari Scott Bass aka Michael Whiteacre posted several tweets on his account
4  @MrWhiteacre **(exhibit B)** utilizing my musical work in effort to draw attention to Randazza
5  Records on soundcloud.com as did Randazza and Bass / Whiteacre's associates Sean Matthew
6  Tompkins (aka @TRPWL on twitter) **(exhibit C)** and Tristan Stadtmuller ( currently
7  @Blue_Balled on twitter) **(exhibit D)**.

8      I, Alexandra Mayers, notified Soundcloud.com of the situation and breach of copyright
9  law, and soundcloud.com promptly removed my stolen musical works.

10      Marc Randazza, Ari Scott Bass aka Michael Whiteacre, Sean Matthew Tompkins and
11  Tristan Stadtmuller have been named on a Las Vegas, Nevada police report (#
12  LLV150429002666) for consistently stalking, intimidating and harassing me both online and
13  offline.

14      Randazza Legal Group and their associates Bass / Whiteacre, Tompkins & Stadtmuller
15  have an unhealthy obsession and fixation with me. Of the above mentioned parties, I've only
16  encountered physically one (Bass / Whiteacre) on an occasion close to 5 years ago. All above
17  mentioned parties have made attempts to force physical encounters with me via threats and
18  intimidation, but have been unsuccessful. I believe that Randazza Legal Group is abusing the
19  United States court and legal system in effort to force me into a physical confrontation with the
20  above mentioned parties in effort to physically assault me and/or end my life.

21      DATED this 27th day of October, 2015.

22                                  Pursuant to NRS 53.045, I declare under penalty of
23                                  perjury that the foregoing is true and correct.

                                Alexandra Mayers
24                                  /s/ Alexandra Mayers
                                Defendant, In Proper Person
25

**Exhibit Q**

Page 3 of 3

**Exhibit Q**