# EXHIBIT S

9/2/2020 Ex-Pornstar/Activist, Monica Foster, Physically Stalked by Porn Attorney Marc Randazza and Porn Thug Ari Bass | ellen suazo

Case 2:20-mc-00076-MWF-MRW Document 13-8 Filed 09/02/20 Page 2 of 6 Page ID #:505

# ellen suazo

ELLEN SUAZO

*Oct 08*

## Ex-Pornstar/Activist, Monica Foster, Physically Stalked by Porn Attorney Marc Randazza and Porn Thug Ari Bass

More crazy stories: http://worldcourtofpublicopinion.com

BEWARE: These Porn Trolls WILL Threaten Your Life, Your Family and Your Friends!

EDITORIAL: I want you to see EXACTLY what these Los Angeles porn trolls do to the girls and women who end up in Porn Valley. Marc Randazza is a LICENSED, PRACTICING attorney. Ari Bass aka Michael Whiteacre is a well known porn industry thug. These men, whom btw have been given mainstream media access on several occasions in the past year, are actively stalking, harassing, intimidating and threatening a fellow activist and anyone else who speaks out about the criminal activity and abuse running rampant in Porn Valley.

These men are criminals. They belong to organized crime syndicates. They are physically tracking and stalking an American citizen. This is what we've lived with for the past several years. It's been 6 years this month for my family. Where is the justice? Where is our right to a safe and normal life?? When you go to work inside the Los Angeles adult entertainment industry, you go to work for The Mob. Once you're been there, they never leave you alone!!

Why is our American judicial system allowing these porn industry criminals to stalk innocent citizens who are whistleblowers of massive abuse and corruption in a legal US industry?? Why is Marc Randazza still allowed to practice law when it's obvious all he does is intimidate those who report on his industry's corruption, abuse and RICO violations!

If you tell the truth about porn, you will be stalked like Alexandra Mayers aka

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

Exhibit S

9/2/2020 Ex-Pornstar/Activist Monica Foster Physically Stalked by Porn Attorney Marc Randazza and Porn Thug Ari Bass | ellensuazo

Case 2:20-mc-00076-MWF-MRW Document 13-8 Filed 09/02/20 Page 3 of 6 Page ID #:506

Alexandra Mayers aka Monica Foster commentary:
beware-of-randazza-and-bassShortly after I began extensively researching, blogging about and speaking out about organized crime and the pornographic industry, men such as Ari Bass aka Michael Whiteacre, porn industry attorney Marc Randazza and their associates have gone to great lengths to attempt to bully, harass and intimidate me into silence.

Take a look at the screen shots below of a website (I do not own) created specifically about myself. This website was launched shortly after I created http://www.RandazzaNews.com. Unlike RandazzaNews.com however, I've never written as though I AM Marc Randazzza, nor have I hired a photographer to take pictures of his home, neighborhood, etc. The photos on screencaps below are not from Google Maps (both Marc Randazza & Ari Bass are located in my city).

It's been over 3 years now that these people have attempted to affect my life. From my perspective, all their actions do is prove every thing I've stated as being valid. Basically, if you're a pornstar or porn "professional" who chooses to speak out about issues pertaining to the pornographic industry, YOU WILL BE STALKED (and as Michael Fattorosi just mentioned this weekend, it's not difficult to obtain your personal information).

🖼 Ari Bass Marc Randazza stalking Alexandra Mayers

🖼 Ari Bass Marc Randazza stalking Alexandra Mayers 2

🖼 Ari Bass Marc Randazza stalking Alexandra Mayers 3

🖼 Ari Bass Marc Randazza stalking Alexandra Mayers 4

🖼 Ari Bass Marc Randazza stalking Alexandra Mayers 5

🖼 Ari Bass Marc Randazza stalking Alexandra Mayers 8

🖼 Ari Bass Marc Randazza stalking Alexandra Mayers 9

🖼 Ari Bass Marc Randazza stalking Alexandra Mayers 10

🖼 Ari Bass Marc Randazza stalking Alexandra Mayers 13

Text from the website – note the racial references and the parts referring to me being an escort (which I am not the only adult work I do is as a solo independent webcam model), and the reference to my killing myself at the

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

Exhibit S

9/2/2020 Ex-Pornstar/Activist Monica Foster Physically Stalked by Porn Attorney Marc Randazza and Porn Thug AD Base | ellen suazo

Case 2:20-mc-00076-MWF-MRW   Document 13-8   Filed 09/02/20   Page 4 of 6   Page ID #:507

up with all these stupid conspiracies that have absolutely no truth to them? [I've spoken the truth, and these photos and blog post prove it.]" The first time my dad asked me that I just chuckled and said that's the same thing mom asked me.. But soon I started to realize that people may truly wonder how my fucked up mind works? Some say it's wine and drugs while others blame it on my wonky eye.

After some day old room temperature sushi sautéed in Everclear 220 it hit me. I'll create picture art of my normal day so my fan (Barry) can see how the Mind Of Monica really works.

I normally wake up around the time the moon goes away, this could be anywhere between 8am and 5:45pm. I really don't understand why the moon goes away but I'm pretty sure Jew Pimps in the LA Porn Industry have something to do with it, I'll blog about it later.

First thing I do is walk out the door

As you can clearly see my town home is perfect for The Black Queen I am, one day I may even let a real Black person in, fingers crossed.

Since my day begins at weird Jew controlled times I always need my thinking fuel. If I sleep past noon I usually head here first.

Occasionally the Jew-controlled, organized crime-riddled LA Porn industry, run by Randazza, Whiteacre, Devoy, Tompkins, FSC, Will Ryder, Matt Holder, Mark Spiegler, Tee Reel, Bill Cosby, The Discovery Channel and a few others tries to kill me. They usually try and kill me early in the morning when I'm passed out after doing what I call legally dead masturbation. That's were you drink wine until blood drips out of your ear then blog about rape until you orgasm. After cleaning the dried blood from my ear, I head here to America's Mart and wait for them to open.

Silly Barry, I head on over to Fireside for some drinks and free chips and salsa.

Sometimes after eating the chips and salsa I start to feel dirty inside. Not sure if its the peppers or the semen from last night's client. What's certain is my dog hasn't eaten in days, so I blow my waiter and head on out for some pet supplies.

I didn't really blow my waiter, he forced me to blow him, Ill blog about it later. This is my Petsmart, I buy my dog food from here. Its a bitter sweet place for

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

Exhibit S

9/2/2020 Ex-Pornstar/Activist Monica Foster Physically Stalked by Porn Attorney Marc Randazza and Porn Thug Ari Bass | ellensuazo

Case 2:20-mc-00076-MWF-MRW Document 13-8 Filed 09/02/20 Page 5 of 6 Page ID #:508

Sometimes I cant find the high im looking for with just wine, so you can find find me at Michaels Arts and Crafts Store.

When my ads get deleted off Craigslist, I stock up on paint. It makes it easier when I'm hanging out in the lobby of Howard Johnson's waiting on my next client. If I have any paint left over i may even paint a picture.

After grabbing all my blogging fuel, I head back to my subdivision and hang out by the basketball court looking for a boyfriend.

Its so hard for me to find a boyfriend watching the basketball court since mostly black guys hang out there. You can also find me here during the Holidays, since im always alone this place is perfect for me to daydream about having a caring family, and a white husband. Not to mention its a good place to meet Johns before I bring them home.

This gazebo has strong rafters as well, Im sure it would support all 155 pounds of me, In fact, Its my wish to have my ashes spread around the bushes in the event Bill Cosby kills me.

I hope you enjoyed my short tour of Foster Land. Oh shit, I just remembered why that plane is missing. Ill blog about it later.

**Share this:**

Twitter   Facebook

Like

Be the first to like this.

**Related**

Ari Bass aka Michael Whiteacre monitoring Monica Foster's webcam for Marc Randazza?

BREAKING NEWS: Randazza accused of UNETHICAL PRACTICES & FRAUD on RipOffReport.com

A Randazza Legal Group Warning as I Join List of Bloggers Threatened by Free Speech Attorney Marc Randazza

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

9/2/2020 Ex-PornStar/Activist Monica Foster Physically Stalked by Porn Attorney Marc Randazza and Porn Thug AD Base | ellensuazo

Case 2:20-mc-00076-MWF-MRW Document 13-8 Filed 09/02/20 Page 6 of 6 Page ID #:509

*← The statewide condom mandate bill aB 1576, has formally passed the Assembly Arts and Entertainment Committee.*

---

Blog at WordPress.com.

☺

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

Exhibit S