Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Proposed Intervenor
Marc J. Randazza

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:*<br><br>Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 2:20-mc-00076-MWF-MRW<br><br>**NOTICE OF MARC J. RANDAZZA'S EMERGENCY MOTION TO INTERVENE AND STRIKE**<br><br>*The Honorable Michael R. Wilner* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT**, on an emergency basis and as soon as the Court may schedule a hearing on it, Proposed Intervenor Marc J. Randazza will, and hereby does, move to intervene in this miscellaneous action and to strike portions of Petitioner Daniel Snyder's Supplemental *Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 to Serve Additional Document Requests and Deposition Topics Identified in Exhibits T and U Hereto (Doc. No. 13) (the "Petition").  Specifically, the Court should strike Doc. No. 13 page 4, line 23 to page 5, line 19, as well as any other references to Mr. Randazza.

RANDAZZA | LEGAL GROUP

1    The grounds for the instant Motion are more particularly set forth in the

2  Memorandum of Points and Authorities filed concurrently.  Briefly and without

3  limitation to the foregoing, Mr. Randazza moves to intervene and strike specified

4  portions of the Petition because the Petition contains numerous false statements that

5  are intended both to mislead the Court into granting relief with no factual or legal basis

6  and to smear the reputation of Mr. Randazza with no justification, using the litigation

7  privilege as a weapon.  This Motion is filed on an emergency basis because the

8  falsehoods in Mr. Snyder's Petition have harmed and will continue to harm Mr.

9  Randazza's professional reputation, including by harming existing client relationships,

10  while they remain uncorrected and on the public record.

11    This Motion is based on this Notice of Motion, as well as on the Memorandum

12  of Points and Authorities, the exhibits to the same, the declarations of Ronald D.

13  Green, Marc J. Randazza, and Ari Bass, the papers and pleadings on file in this action,

14  and such argument and evidence as may be introduced at the hearing on this Motion.

15

16    Dated: September 3, 2020.          Respectfully submitted,

17                                      RANDAZZA LEGAL GROUP, PLLC

18                                      /s/ Alex J. Shepard
                                        Alex J. Shepard, CA Bar No. 295058

19                                      2764 Lake Sahara Drive, Suite 109
                                        Las Vegas, NV 89117

20                                      Attorneys for Proposed Intervenor
                                        Marc J. Randazza

21

22

23

1

Case No. 2:20-mc-00076-MWF-MRW

2

**<u>CERTIFICATE OF SERVICE</u>**

3

I HEREBY CERTIFY that on September 3, 2020, I electronically filed the

4

foregoing document with the Clerk of the Court using CM/ECF.  I further certify that

5

a true and correct copy of the foregoing document is being served via transmission of

6

Notice of Electronic Filing generated by CM/ECF.

7

Respectfully submitted,

8

/s/ Alex J. Shepard

9

Alex J. Shepard

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**RANDAZZA** | LEGAL GROUP