Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Proposed Intervenor
Marc J. Randazza

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:*<br><br>Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No.<br>2:20-mc-00076-MWF-MRW<br><br>**DECLARATION OF RONALD D. GREEN IN SUPPORT OF EMERGENCY MOTION TO INTERVENE AND STRIKE**<br><br>*The Honorable Michael R. Wilner* |

I, Ronald D. Green, Jr., under penalty of perjury, hereby declare as follows:

1.  I am a partner at the law firm Randazza Legal Group, PLLC ("RLG") and have been barred in the State of Nevada since 2000.

2.  I am over the age of 18 and make the statements in this declaration pursuant to my own first-hand knowledge and would be competent to testify to the statements made herein.

3.  On August 4, 2020, at approximately 9:00 a.m., I was in RLG's Las Vegas office by myself when two men walked into the office and asked to speak with Marc Randazza, my law partner.

4. One of the men introduced himself as Jim Conklin and stated that he was a private investigator.

5. While the other gentleman did not give his name, upon review of Mr. Conklin's website, I can identify the other gentleman as Anthony Ricevuto. A true and correct copy of Exfed Investigations, Inc.'s "About Us" page is attached hereto as **Exhibit A**.

6. I informed them that Mr. Randazza was not in the office and would not be in at all that day.

7. When I inquired as to the reason for their visit, Mr. Conklin informed me that they wanted to know whether Mr. Randazza was affiliated with MEAWW or 11 Internet Services. They did not elaborate further.

8. I took Mr. Conklin's contact information and told them I would let Mr. Randazza know of their visit.

9. I have been Mr. Randazza's law partner since approximately May of 2012 and had never heard of either MEAWW or 11 Internet Services.

10. When I spoke with Mr. Randazza about their visit, he stated that he had never heard of MEAWW or 11 Internet Services either. Upon information and belief, Mr. Randazza relayed that information to Mr. Conklin.

11. On September 2, 2020, Mr. Randazza forwarded me an article from NBC Sports entitled "Daniel Snyder pursues a new angle in his defamation case," a true and correct copy of which is attached hereto as **Exhibit B**.[1]

---

[1] Available at: <https://profootballtalk.nbcsports.com/2020/09/02/daniel-snyder-pursues-a-new-angle-in-his-defamation-case/> (last accessed Sept. 3, 2020).

12. That article alleged that Mr. Randazza has close ties to a man named Ari Bass, a company called HoneyHouse, and MEAWW.

13. While I have heard of Ari Bass, I have never known Mr. Randazza to have "extensive ties" with him. In fact, it is my understanding that Mr. Randazza barely knows Mr. Bass. I have never spoken with, corresponded with, or otherwise interacted with Mr. Bass. I have never heard of HoneyHouse.

14. The NBC Sports article additionally referenced a federal California lawsuit filed by Washington Football Team owner Dan Snyder. I have had the opportunity to review a filing Mr. Snyder made in that case entitled "Supplemental *Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 to Serve Additional Document Requests and Deposition Topics Identified in Exhibits T and U Hereto" (ECF No. 13).

15. In that document, Mr. Snyder and Reed Smith, his counsel, attempt to connect Mr. Randazza and Mr. Bass because they were named as co-defendants in a lawsuit filed by Crystal Cox in the U.S. District Court for the District of Nevada entitled *Cox v. Randazza, et al.*, Case No. 2:13-cv-00297.

16. It puzzles me that Mr. Snyder and Reed Smith are attempting to draw ties between Mr. Randazza and Mr. Bass through a lawsuit filed by Crystal Cox. In fact, I do not think that Mr. Snyder and Reed Smith could have made the allegations in their filing in good faith. If Reed Smith's attorneys are aware of Ms. Cox's Nevada lawsuit, they must be aware that it was filed in bad faith.

17. Dan Snyder and Reed Smith were additionally likely aware that Crystal Cox registered numerous domain names containing the names of Marc Randazza, his

wife, and his children and used those domain names in an attempt to extort him. Mr. Randazza filed suit against her for these actions in U.S. District Court for the District of Nevada (Case No. 2:12-cv-02040).

18. Mr. Randazza and Mr. Bass were not the only defendants in Ms. Cox's Nevada lawsuit. I was named as a defendant. Examples of other defendants named by Ms. Cox in the very Complaint that Reed Smith cites in support of Mr. Snyder's request are Greenberg Traurig, Proskauer Rose, Forbes, GoDaddy, the World Intellectual Property Organization, the New York Times, the University of Montana, Apple, the Honorable Gloria Navarro, Barnes & Noble, CenturyLink, Live Nation, and Time Warner Cable. In total, there are 4 and ½ pages of named defendants in Ms. Cox's Nevada lawsuit, most of whom have no discernable connection to one another. *See* ECF No. 13-7.

19. The Complaint in Ms. Cox's Nevada lawsuit, which Mr. Snyder's counsel must have reviewed, is 186 pages long, asserts nineteen claims for relief, and alleges a nonsensical conspiracy involving major American law firms, judges, newspapers, and technology companies, among many others. No competent individual, regardless of whether they possessed a bar number, could review Ms. Cox's Complaint and conclude that it could conceivably tie any of the defendants to one another.

20. If Mr. Snyder and Reed Smith were aware of Ms. Cox's Nevada lawsuit, they were almost certainly aware that Ms. Cox filed similar lawsuits against most of the same parties in federal courts in:

    a. the District of Arizona (Case No. 2:13-cv-00962-MEA);

    b. the Northern District of California (Case No. 4:13-cv-02046-DMR);

  c. the Southern District of Florida (Case No. 1:13-cv-21924-DLG);

  d. the Northern District of Illinois (Case No. 1:13-cv-03633);

  e. the District of Massachusetts (Case No. 1:13-cv. 11308-PBS);

  f. the District of New Jersey (Case No. 1:13-cv-03136-AET-DEA);

  g. the Southern District of New York (Case No. 13-cv-3257);

  h. the Eastern District of Pennsylvania (Case No. 13-cv-3028); and

  i. the Eastern District of Wisconsin (Case No. 13-c-0534).

21. Upon information and belief, with regard to each of these lawsuits, including the Nevada case that Mr. Snyder and Reed Smith use to support their request, Crystal Cox never served a single defendant, and each suit was subsequently dismissed without briefing from any defendant.

22. Mr. Snyder and Reed Smith additionally attempt to tie Marc Randazza to Ari Bass through a Nevada state court lawsuit filed by Mr. Randazza's ex-wife against Alexandra Mayers entitled *Randazza v. Mayers*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-14-699072-C. Ms. Mayers alleged in that suit that Mr. Randazza and Mr. Bass started a record label together called "Randazza Records."

23. Again, I have been law partners with Mr. Randazza since 2012. I have never heard of Randazza Records, and Mr. Randazza has never uttered the phrase "Randazza Records" in my presence.

24. If Mr. Snyder and Reed Smith are aware of the Nevada suit against Ms. Mayers, they also must be aware that the case resolved with the state court granting summary judgment in Ms. Randazza's favor for defamation. Specifically, Ms. Mayers

made repeated defamatory posts on Twitter falsely accusing Ms. Randazza of being involved with organized crime, prostitution, and pornography.

25. Mr. Snyder's counsel attempts to draw ties between Marc Randazza and Ari Bass by citing to: (a) one of approximately ten cases filed against Mr. Randazza, Mr. Bass, and dozens of the nation's most prominent companies by a serial bad faith litigator engaged in paranoid conspiratorial musings that were summarily dismissed by each court in which she raised them; and (b) allegations made by an adjudicated defamer in the very case where a court granted summary judgment against her for harassing and making up allegations about Mr. Randazza and his family.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2020.

Ronald D. Green

# EXHIBIT A

"About Us"

Exfed Investigations, Inc.

2251 N Rampart Blvd Suite 267, Las Vegas, NV 89128 | Jim@exfedinvestigationsinc.com      



PI License: 1011

**CALL US TODAY!**
**702-204-7654**

HOME          ABOUT US          SERVICES          ESTIMATES          CONTACT US

# About Private Investigators In Las Vegas, NV and Reno, NV

**ExFed Investigation** is a private investigation company that has been in service in Las Vegas since 1999. We specialize in international and local investigations both personal and business. All information discussed is kept private and confidential. We are available online and by phone, feel free to call us today for your confidential consultation.

All our investigators are retired police or federal agents. We are very experienced with getting the job done legally. Every investigator will write up an investigative report on every surveillance to ensure it will be administered in court.



We have background investigations in Nevada, the US and worldwide. We have over 40 years experience conducting investigations. For your protection, we are licensed, insured and locally owned.

## Meet Our Investigators:

### James B. Conklin – President

Mr. Conklin had a 26-year career in federal law enforcement experience as an agent and supervisor with the U.S. Drug Enforcement Administration. Domestic assignments included



New York, San Diego, and Washington DC and foreign assignments Bangkok Thailand and Rangoon Burma (Yangon Myanmar). Mr. Conklin was an expert with DEA in money laundering and drug trafficking. He was assigned to foreign operations and was considered an expert in SE Asia. Mr. Conklin has sources of information and law enforcement connections located throughout the world.

Afterwards, Mr. Conklin worked two and a half years as an agent with the Nevada State Gaming Control Board. He traveled extensively throughout the US, Europe and Asia to conduct in-depth background investigations in the gaming industry.



Since 1999, Mr. Conklin has been a President of Exfed Investigations, Inc., a private investigations and security consulting corporation. Exfed Investigations specializes in domestic and corporate investigations both in the US and international. Investigations are conducted in the field of criminal background, civil litigation, financial/asset, pre-employment, location of missing persons etc. Clients include Microsoft, Wynn Resorts, and numerous attorneys.

Exfed Investigations also conducts surveillance of persons and locations on domestic and business matters in the Las Vegas area.

Mr. Conklin has provided services as a Security Consultant for US and foreign corporations in the fields of executive protection, site survey, risk management and employee screening. Clients include Ford Motor Co, Limited Brands, Aventis/Sanofi Pharmaceuticals and Iron Mountain. Mr. Conklin has provided security background investigations for the Department of Defense and the Department of Treasury.

REFERENCES:
Provided upon request.

## Anthony Ricevuto, Senior Investigator

Mr. Ricevuto commenced his law enforcement career with the Chicago Police Department and worked as a task force officer assigned to a high crime suppression, Special Operation Group. In 1972, he became a Special Agent with U.S. Department of Justice, Drug Enforcement Administration investigating major international narcotic traffickers and money launderers. He was the Senior Inspector in Charge of DEA's Office of Professional Responsibility (OPOR) and retired as the Assistant Special Agent in Charge of the Los Angles DEA

office. He traveled extensively throughout Latin America conducting sensitive investigations involving government personnel.



Upon retirement, he worked for the Los Angeles METRO as a Senior Investigator with the Office of Inspector General investigating management and contractor fraud. He holds a Master Degree in Organization Management and a BA degree in the Administration of Criminal Justice. Mr. Ricevuto was a professor at the University of Phoenix/ Chaffey Community College and a lecturer for various colleges and organizations. He has a CA Private Investigator License and resides in Las Vegas, NV.

**Associations:**

California Association of License Investigators (CALI)

Association of Certified Fraud Specialists (ACFS)

Association of Certified Federal Background Investigators.

Association of Certified Fraud Examiners (CFE)

Association of Former Federal Narcotic Agents. (AFFNA)

# John "Jack" Bax, Senior Investigator

NV Lic. #1011

Mr. Bax is the primary investigator in Northern Nevada.

The majority of Mr. Bax's 41 years of law enforcement experience has been conducting complex investigations and the supervision of criminal and regulatory investigators, police officers, intelligence analysts and technicians at both field offices and command facilities.

Mr. Bax began his law enforcement career as a Sky Marshall/Special Agent with U.S. Customs in Chicago Illinois in 1971. In 1973, he transferred to the Drug Enforcement Administration (DEA). He subsequently was transferred to El Paso, Texas and worked at the El Paso Intelligence Center (EPIC) conducting special operations in support of multiple law enforcement agencies

worldwide. He later was transferred to Lake Tahoe as the DEA Task Force Coordinator. Mr. Bax completed his career with DEA as a Group Supervisor in San Diego, CA. 1995.

In 1996, he began working for the Nevada Gaming Control Board as a regulatory investigator. In this position, he supervised and conducted complex domestic and international background and financial investigations of applicants seeking gaming licenses in Nevada. After completing these investigations, comprehensive in-depth reports were presented to the Nevada Gaming Control Board and Commission.

## Terri O'Barrie, Investigator

has been a private investigator with Exfed Investigations since 2008. She has a B.A. from Denver City College and is a former US Border Patrol Agent as well as a DEA Agent. She has extensive experience in both the criminal and civil fields, and is experienced in conducting background investigations, surveillance, including electronic surveillance, undercover assignments and performing legal research. She speaks conversational Spanish.



## Denise Dee, Investigator

has been a private investigator with Exfed investigations since 2012. She has extensive experience as an advocate for the Family Court system and is also involved in treatment and addiction recovery. She is experienced in conducting background investigations, surveillance and undercover assignments.



## Daniel Conklin

Daniel Conklin has been a private investigator with Exfed Investigations since 2008. He has a B.A. from Northern Arizona University, as well as a Juris Doctorate from Michigan State University College of Law. He has extensive experience in both the criminal and civil fields, and has worked for both a major law firm and a District Court Judge in Las Vegas.

Besides handling private investigations, Daniel is also the administrative manager for Exfed Investigations. He is experienced in conducting background investigations, surveillance, including electronic surveillance, and performing legal research. He also speaks conversational Spanish.



Home    |    About Us    |    Services    |    Estimates    |    Contact Us

Payment Options:



Content, including images, displayed on this website is protected by copyright laws. Downloading, republication, retransmission or reproduction of content on this website is strictly prohibited. Terms of Use | Privacy Policy

# EXHIBIT B

"Daniel Snyder pursues a new angle in his defamation case"

NBC Sports

- PFT | NCAA FB | MLB | NBA | NHL | NASCAR | NCAA BB | MOTORS | SOCCER | GOLF

Search Search PFT

- Home
- Latest News & Rumors
- FMIA Archive
- Teams
    - AFC Teams
        - Baltimore
        - Buffalo
        - Cincinnati
        - Cleveland
        - Denver
        - Houston
        - Indianapolis
        - Jacksonville
        - Kansas City
        - Las Vegas
        - LA Chargers
        - Miami
        - New England
        - NY Jets
        - Pittsburgh
        - Tennessee
    - NFC Teams
        - Arizona
        - Atlanta
        - Carolina
        - Chicago
        - Dallas
        - Detroit
        - Green Bay
        - LA Rams
        - Minnesota
        - New Orleans
        - NY Giants
        - Philadelphia
        - San Francisco
        - Seattle
        - Tampa Bay
        - Washington
- Rotoworld
- About
    - Contact
    - Feeds
    - Advertising
    - Privacy Policy
    - Terms of Service
- Tickets

**WATCH NOW**



**8:39**

Bucs add another weapon on offense with Fournette

# Daniel Snyder pursues a new angle in his defamation case

Posted by Mike Florio on September 2, 2020, 1:49 PM EDT



CLICK HERE FOR AUDIO









**6:32**
Vikings' Cousins clarifies comments about COVID-19



**6:31**
Kamara, Saints hope to get deal done before Week 1



**2:33**
Why hasn't Thomas signed with new team yet?

**9:24**
Harrison unveils top Super Bowl contenders



Washington owner Daniel Snyder continues to pursue evidence in connection with his pending defamation claim in India. Although his latest effort seeks information regarding someone other than former Washington employee Mary Ellen Blair, the latest effort potentially adds more bread crumbs to a trail that possibly leads back to Washington minority owner Dwight Schar.

*Getty Images*

On Wednesday, Snyder filed in a California federal court a document aimed at obtaining information that potentially would link the defamatory articles (and the broader alleged effort to smear Snyder) back to Schar in a way that is separate and apart from ongoing efforts in a Virginia federal court to obtain information ultimately linking Schar (through Comstock Holding Company) to Blair.

In the California action, Snyder seeks from New Content Media, Inc. information regarding its relationship with a company known as HoneyHouse, which allegedly has a link to meaww.com, the website that published multiple false articles tying Snyder to Jeffrey Epstein. Snyder's lawyers explain in the filing that HoneyHouse and meaww.com are "active in the online pornography world" and that HoneyHouse "publicly touts its business affiliation" with meaww.com, "specifically, its ability to have its clients get their names/services promoted on MEAWW for pay."

Snyder's lawyers also explain in the filing that HoneyHouse "solicits clients on social media by promoting, among others, the services of MEAWW, which is a clear indication that HoneyHouse touts its ability to have MEAWW place stories on behalf of its clients for pay." Ari Bass, according to the filing, runs HoneyHouse. A lawyer named Marc Randazza, according to the filing, has a "well-documented history" and "extensive ties" with Bass; the filing lists several connections between the two men that resulted in litigation and allegations of stalking, intimidation, and harassment.

That's where the document ends, as it relates to the potential bread crumbs leading back to Schar. However, a source with knowledge of the situation tells PFT that Randazza has represented Schar in court. PFT has obtained a document filed earlier this year in Florida by Randazza on behalf of Schar, coincidentally in an action aimed at securing discovery in a defamation case.

Thus, if/when information obtained in the California action shows a connection between New Content Media to HoneyHouse to Randazza, the next step could be to explore a connection between Randazza and Schar, with the apparent goal ultimately being able to prove (if possible) that Schar initiated the process that resulted in the defamatory articles being published on meaww.com.

---

**Share this:**



Permalink   |   4 Comments                                              Back to top

**4 responses to "Daniel Snyder pursues a new angle in his defamation case"**

martinungrammatical says:
September 2, 2020 at 2:10 pm

G'bless'ya for following all the ins and outs of this. It's a little too convoluted for my attention span. All I hope is that the whole thing somehow backfires and gets Snyder ousted.

Enter your zip code to fin[d]
[  ] G[o]
Click here for

**Site Tools**

**PFT Most C[ommented]**

1. **Russell Wilson: S[eahawks wouldn't have] played if they we[re]** (85)
2. **Kirk Cousins cre[ates stir with COVID] comments** (82)
3. **Bruce Arians tell[s players that] "protesting does[n't do anything"]**
4. **Packers CEO Ma[rk Murphy tells] owners to "make[…]"**
5. **Corey Peters ack[nowledges players] have discussed s[…]**
6. **Buccaneers sign[…]** (65)
7. **Report: Some pr[o players] consider sitting o[ut…]**
8. **Reports: Saints c[ould move on from] Kamara if they ca[n't agree to] extension** (56)
9. **Patriots cutting M[…]**
10. **No, the Jaguars a[…]**

13    23    Rate This

**sbc2556** says:
September 2, 2020 at 2:36 pm

Yes… it is convoluted. As a Redskin fan, let me simplify it for you: Snyder's a defective personality in ALL aspects of his business dealings!

Whatever this so-called defamation is about no one would have noticed because A) We're too busy noticing how defective he is anyhow and B) We never heard about it until he made a major deal of it.

19    14    Rate This

**ewitkowski** says:
September 2, 2020 at 3:01 pm

Imagine if he put have of this energy into running his franchise?

12    4    Rate This

**Bryan Pratt** says:
September 2, 2020 at 3:05 pm

Good for Snyder hope he fights with everything he has and keeps his team!

16    10    Rate This

## Leave a Reply

You must be **logged in** to leave a comment. Not a member? **Register** now!

This site uses Akismet to reduce spam. **Learn how your comment data is processed**.

FOLLOW US

**NBC Sports Social Directory**

©2020 NBC Universal

**Ad Choices** | **Advertise** | **Independent Programming Report** | **Privacy Policy** | **Sports Jobs** | **Terms of Use** | **Subscription Agreement**

Powered by **WordPress.com VIP**

GET NEWSLETTERS & ALERTS

SIGN UP