Carla M. Wirtschafter (SBN 292142)
Email:    cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone 310-734-55200
Fax 310-734-5299

James C. McCarroll (*Pro hac vice forthcoming*)
599 Lexington Avenue, 29th Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jmccarroll@reedsmith.com

Rizwan A. Qureshi (*Pro hac vice forthcoming*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
Email: rqureshi@reedsmith.com

*Attorneys for Petitioner*
   *Daniel Snyder*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 20MC76 MWF (MRWx)<br><br>**ORDER GRANTING JUDICIAL ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Upon consideration of the *ex parte* petition for assistance in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782 (the "Petition") submitted by petitioner Daniel Snyder ("Petitioner"), and all papers submitted in support thereof, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.,* 542 U.S. 241 (2004) weigh in favor of granting the Petition; and it is further

**ORDERED** that the Petition is **GRANTED**, and it is further

**ORDERED** that Petitioner is granted leave to serve this Order and the subpoenas attached to the Declaration of Rizwan A. Qureshi, dated August 7, 2020, as Exhibit "A" and Exhibit "B" upon respondent New Content Media, Inc., and is authorized to issue additional subpoenas for deposition testimony and the production of documents as Petitioner reasonably deems appropriate and as is consistent with the Federal Rules of Civil Procedure; and it is further

**ORDERED** that New Content Media, Inc. comply with such subpoenas in accordance with and subject to its rights under the Federal Rules of Civil Procedure and the Rules of this Court.

**SO ORDERED.**

DATED: September 8, 2020

_____
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE