UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | Misc. 20-76 MWF (MRWx) | Date | September 8, 2020 |
|---|---|---|---|
| Title | In re Snyder Application | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Petitioner: | Attorneys for Respondent: |
| | n/a | n/a |

**Proceedings:** ORDER RE: MOTION TO INTERVENE

1. Marc Randazza, a proposed recipient of subpoenas pursuant to 28 U.S.C. § 1782, moved to intervene in the action. (Docket # 16.) Notably, the zesty filing did not address the propriety or merits of Mr. Snyder's subpoena requests. Rather, the central contention is that the supplemental petition requesting those subpoenas "lies," and should be excised in some way. (Docket # 13; # 16 at 3.)

2. Petitioner is entitled to respond. Any response from Mr. Snyder will be due by September 14. After that, the Court may issue further guidance to the litigants.