Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Intervenor
Marc J. Randazza

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:*<br><br>Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No.<br>2:20-mc-00076-MWF-MRW<br><br>**SUPPLEMENT IN SUPPORT OF MARC J. RANDAZZA'S MOTION TO INTERVENE AND STRIKE**<br><br>*The Honorable Michael R. Wilner* |

Intervenor Marc J. Randazza hereby submits this zest-free Supplement in Support of his Motion to Intervene and Strike (Doc. No. 16) Petitioner Daniel Snyder's Supplemental *Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 to Serve Additional Document Requests and Deposition Topics Identified in Exhibits T and U Hereto (Doc. No. 13) (the "Petition").

After filing his Motion, Mr. Randazza became aware of a very similar issue involving Snyder in the Eastern District of Virginia, Case No. 1:20-mc-00023-LO-TCB (the "Virginia Petition"), seeking relief based on alleged connections with New Content Media Inc. and MEAWW. (*See* Virginia Petition, attached as **Exhibit 1**.) Mr. Randazza learned of the Virginia Petition on September 4, 2020 upon reading an article

published on the website <nbcsports.com>.  (Mike Florio, "Mary Ellen Blair claims Daniel Snyder is using court filings as cover to defame her," NBC Sports (Sept. 4, 2020), attached as **Exhibit 2**.)[1]  The article discusses how one of the targets of discovery in the Virginia Petition, Mary Ellen Blair, filed an opposition to the Virginia Petition on September 3, 2020, arguing that Mr. Snyder filed that Petition for an improper purpose.  (*See* Blair Opposition to Virginia Petition, Dkt. No. 23, attached as **Exhibit 3**.)  On August 21, 2020, another party in the Virginia Petition had noted objections to Mr. Snyder's ulterior motives in seeking discovery.  (*See* Opposition to Application by Comstock Holding Companies, Inc., Dkt. No. 6 (Aug. 21, 2020), attached as **Exhibit 4**.)[2]

      The Court should have the benefit of this information when it makes its decision on striking the Petition in whole or in part and what action should be taken for Snyder's counsel running afoul of Cal. Rule Prof. Cond. 3.3(d).  It shows that before the petition was filed in *this court* similar criticisms were raised in challenging how Snyder is going about this.  Accordingly, to the extent that Snyder and his Counsel had neglected to adhere to rule 3.3(d) in *that* case, they were on notice not to forget in this matter days later.

---

[1] Available at: https://profootballtalk.nbcsports.com/2020/09/04/mary-ellen-blair-claims-daniel-snyder-is-using-court-filings-as-cover-to-defame-her/?partner=Yahoo (last accessed Sept. 8, 2020).

[2] This Opposition contained representations about a third party, Norman Chirite, who claimed these statements were false and subsequently moved to intervene to correct the record.  (*See* Chirite Memo in Support of Motion to Intervene, Dkt. No. 13.)

Dated: September 8, 2020.

Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Alex J. Shepard
Alex J. Shepard, CA Bar No. 295058
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Intervenor
Marc J. Randazza

Case No. 2:20-mc-00076-MWF-MRW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Alex J. Shepard
Alex J. Shepard