# EXHIBIT X



Explore

Settings

Tweet

Search Twitter

**Marc J. Randazza**
@marcorandazza

Yep. Dan Snyder filed an absolutely ludicrous conspiracy theory accusation against me - with @reedsmithllp on his side. Normally, it is not about the lawyers - but these scumbags defamed me - I'm not taking it lying down.

> **ProFootballTalk** @ProFootballTalk · Sep 3
> The Daniel Snyder defamation case is getting more and more interesting all the time wp.me/pbBqYq-bD51

3:42 AM · Sep 4, 2020 · Twitter Web App

**3** Retweets **12** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Marc J. Randazza** Follow
@marcorandazza
First Amendment Lawyer. Charb and Lenny Bruce died for your sins. Oliver Wendell Holmes is my prophet. Sea urchins are delicious and I won't share.

**Reed Smith LLP** Follow
@reedsmithllp
At Reed Smith, everything we do is to apply our global experience in law to drive progress for our clients, for ourselves and for our communities.

**ProFootballTalk** Follow
@ProFootballTalk
© 2020 ProFootballTalk.com & Football Talk, LLC. All Rights Reserved.

## What's happening

Politics · Yesterday
**Trump stated in an interview with journalist Bob Woodward that he 'wanted to play ... down' the gravity of COVID-19**
Trending with: #TrumpLiedAmericansDied

K-pop · Trending
**Kim Namjoon**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

**Exhibit X**