UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | Misc. 20-76 MWF (MRWx) | Date | September 29, 2020 |
|---|---|---|---|
| Title | In re Snyder Application | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Petitioner: | Attorneys for Respondent: |
| | n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE

1. Petitioner Snyder moved under Federal Rule of Civil Procedure 45(g) for an order regarding the alleged non-compliance of New Content Media with two pending document subpoenas. (Docket # 24.)

2. Rule 45(g) states that a district court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it."

3. Petitioner's moving papers demonstrate that: (a) Petitioner served the document subpoenas on New Content's registered agent for service of process on September 3 and 9; and (b) New Content failed to comply with the subpoenas by the September 25 response date. (Docket # 24-1 at 2-3; 24-3 at 14; 24-5 at 14.)

4. Pursuant to Rule 45(g), New Content is ORDERED to show cause why it should not be held in contempt of court or otherwise required to comply with the subpoenas in this action. New Content's written response to this OSC must be filed with the Court by noon on Friday, October 2. After that, the Court may issue an appropriate further order or set the matter for hearing.[1]

5. Petitioner is directed to immediately effect personal service of this order through New Content's registered agent <u>and</u> at New Content's Vine Street business location in Los Angeles. Petitioner will promptly file proof of service with the Court.

---

[1] The Court is aware that Petitioner is scheduled to conduct depositions of New Content's representatives on October 5. Let's see if the company responds to the OSC before making any decision about the upcoming depo.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | Misc. 20-76 MWF (MRWx) | Date | September 29, 2020 |
|---|---|---|---|
| Title | In re Snyder Application | | |

\* \* \*

      6.      The remaining components of Petitioner's request for relief (immediate production of materials, payment of fees) remain on the table and will be subject to the Court's consideration.

      7.      New Content is informed that failure to file a timely response to this OSC "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12.