Carla M. Wirtschafter (SBN 292142)
Email:    cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone 310-734-55200
Fax 310-734-5299

Jordan W. Siev (*Pro hac vice*)
599 Lexington Avenue, 29th Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jsiev@reedsmith.com

Rizwan A. Qureshi (*Pro hac vice*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
Email: rqureshi@reedsmith.com

*Attorneys for Petitioner*
  *Daniel Snyder*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 2:20-mc-00076<br><br>**Declaration of Carla M. Wirtschafter Regarding Service of the Court's Minute Order re Contempt [Dkt. 25]**<br><br>*The Honorable Michael R. Wilner* |

- 1 -

Declaration of Carla M. Wirtschafter Regarding Service of Minute Order re Contempt [Dkt. 25]

## DECLARATION OF CARLA M. WIRTSCHAFTER

I, Carla M. Wirtschafter, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at Reed Smith LLP, attorneys of record for petitioner Daniel Snyder ("Petitioner" or "Mr. Snyder") in this matter. I am fully familiar with the facts and circumstances set forth herein and if called as a witness could testify thereto.

2. On September 29, 2020, at my direction, a staff member in my office caused the Court's Minute Order Ordering Respondent New Content Media, Inc. to Show Cause re Contempt [Dkt. 25] to be personally served on Respondent's Vine Street address and its agent for service of process by First Legal. Attached hereto as **Exhibit 1** is a true and correct copy of the proof of service dated September 29, 2020.

3. On September 30, 2020, the Court's Minute Order [Dkt. 25] was personally served on Respondent through its agent for service of process. Attached hereto as **Exhibit 2** is a true and correct copy of the proof of service.

4. On September 29, 2020 First Legal attempted service at the Vine St. address and the server was notified that Respondent moved out several months ago and did not leave a forwarding address. Attached hereto as **Exhibit 3** is a true and correct copy of the server's affidavit of due diligence.

5. The Vine St. address is the address presently listed as the business and mailing address for Respondent on the California Secretary of State website.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of October, 2020 at Los Angeles, California.

Carla M. Wirtschafter, Esq.

Declaration of Carla M. Wirtschafter Regarding Service of Minute Order re Contempt [Dkt. 25]