UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | Misc. 20-76 MWF (MRWx) | Date | October 8, 2020 |
|---|---|---|---|
| Title | In re Snyder Application | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Petitioner: | Attorneys for Respondent: |
| | n/a | n/a |

**Proceedings:** ORDER SETTING VIDEO HEARING

    1.    The Court received no timely response from Respondent New Content regarding its order to show cause. (Docket # 25.) Moreover, Petitioner's proof of service suggests that the business may not be in operation – at least, not at the address where Petitioner served the Court's order. (Docket # 26 at 2.)

    2.    To fairly advance that matter and to advise the Court about the status of discovery, Judge Wilner will hold a video conference on Friday, October 9, at 10:30 a.m. PT. If such a conference is not feasible, counsel must immediately e-mail the Court at the chambers address.

\* \* \*

    3.    The Court uses Microsoft Teams as its preferred video platform. The Clerk will separately send the parties a link to access the hearing. The program works optimally if you download the Teams app to your computer / phone / other device. You're encouraged to do this well in advance of the hearing. You also may be able to access the hearing via a web browser connection alone, although you may not have full functionality.

    4.    All parties appearing on the video hearing **must respond to the Clerk's e mail** to confirm attendance no later than two business days before the call. If a party prefers to appear by audio / telephone alone, please contact the Clerk for call-in information.

    5.    Reminder – the Local Rules of Court prohibit non-court personnel from recording or broadcasting these proceedings. L.R. 83-6 et seq.