Squire Patton Boggs (US) LLP
Joseph A. Meckes (State Bar # 190279)
joseph.meckes@squirepb.com
Hong T Le (State Bar # 242335)
hong.le@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Respondent
NEW CONTENT MEDIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Civil Action No. 2:20-mc-00076<br><br>**DECLARATION OF JOSEPH A. MECKES** |

I, Joseph A. Meckes, declare as follows:

1.      I am an attorney, licensed to practice before this Court and all of the courts of the State of California.  I am a partner of Squire Patton Boggs (US) LLP, and am counsel for respondent New Content Media, Inc. ("NCMI").  Unless stated otherwise, I have personal knowledge of the facts stated in this declaration and, if called as a witness, I would and could testify truthfully to such facts.

2.      On October 22, 2020, I sent the email attached to this Declaration as Exhibit A to counsel for petitioner Daniel Snyder ("Snyder").  This email included as attachments the Declaration of Nirnay Chowdhary, which is filed herewith, as well as formal responses and objections to the subpoenas issued by Snyder pursuant to 28 U.S.C. §1782.  These responses and objections are attached hereto as Exhibit B.

DECLARATION OF JOSEPH A. MECKES

010-9132-7214/1/AMERICAS

1    3.      On October 26, 2020, counsel for Snyder responded via email to my

2   October 22, 2020 email.  I responded on October 28, 2020.  A copy of this

3   exchange is attached as Exhibit C.

4    4.      Attached as Exhibit D is a copy of a Certificate of Surrender filed by

5   NCMI.  I am informed that NCMI submitted the Certificate of Surrender to the

6   California Secretary of State on July 26, 2020, but that it was not marked "filed"

7   until October 12, 2020.

8        I declare under penalty of perjury under the laws of the United States that the

9   foregoing is true and correct.

10   Dated:  October 29, 2020                    /s/ Joseph A. Meckes

11                                                Joseph A. Meckes

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOSEPH A. MECKES

010-9132-7214/1/AMERICAS

Exhibit A

## Meckes, Joseph A.

| | |
|---|---|
| **From:** | Meckes, Joseph A. |
| **Sent:** | Thursday, October 22, 2020 2:19 PM |
| **To:** | Siev, Jordan W.; 'Wirtschafter, Carla M.'; Qureshi, Rizwan A. |
| **Cc:** | Le, Hong T. |
| **Subject:** | In re Application of Snyder, Civil Action No. 2:20-mc-00076 |
| **Attachments:** | Chowdhary Decl Executed.pdf; NCMI Responses to Subpoenas.pdf |

Dear Counsel,

Attached are the Declaration of Nirnay Chowdhary and New Content Media, Inc.'s Responses to the subpoenas your client issued pursuant to 28 U.S.C. §1782.

Based on Mr. Chowdhary's declaration, there can be no dispute that Court's order permitting your client to issue subpoenas under Section 1782 were based on the false premise that New Content Media resided in or could be found in California.  Because New Content Media has no presence in the Central District of California, the subpoenas were invalid.

Nonetheless, in an effort to resolve this matter without wasting the Court's time, we have prepared the attached responses and sworn declaration to provide you assurances that there is no evidence to be found through New Content Media either in the Central District of California or anywhere in the United States.  This should put an end to this matter.

Accordingly, we request that you inform the Court that you are withdrawing the subpoenas and request for discovery pursuant to Section 1782.   Please let us know no later than 5 p.m. PDT tomorrow, Friday October 23, 2020 that you intend to withdraw the subpoenas and Section 1782 request.

Very truly yours,

Joe


**Joseph A. Meckes**
Partner
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
T  +1 415 954 0201
M  +1 925 595 8225
**joseph.meckes@squirepb.com**
squirepattonboggs.com



Exhibit B

1  Squire Patton Boggs (US) LLP
   Joseph A. Meckes (State Bar # 190279)
2  joseph.meckes@squirepb.com
   Hong T Le (State Bar # 242335)
3  hong.le@squirepb.com
   275 Battery Street, Suite 2600
4  San Francisco, California 94111
   Telephone: +1 415 954 0200
5  Facsimile:   +1 415 393 9887

6  Attorneys for Defendant
   NEW CONTENT MEDIA INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11                                    Civil Action No. 2:20-mc-00076

12  In re Application of Daniel Snyder for   **NEW CONTENT MEDIA INC.'S**
    an Order Directing Discovery from        **OBJECTIONS AND RESPONSES**
13  New Content Media Inc. d/b/a MEA         **TO PLAINTIFF'S SUBPOENAS**
    WorldWide Pursuant to 28 U.S.C. §        **ISSUED PURSUANT TO 28 U.S.C.**
14  1782                                      **§1782.**

15

16

17

18       Without waiving any challenges to the jurisdiction of the Court over

19  respondent New Content Media, Inc. ("NCMI"), NCMI hereby responds to the two

20  Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection

21  of Premises in a Civil Action dated September 3, 2020 and September 8, 2020 (the

22  "Document Subpoenas") and to the two Subpoenas to Testify in a Civil Action

23  dated September 3, 2020 and September 8, 2020 (the "Testimony Subpoenas"),

24  which were purportedly served upon NCMI's agent for service of process on or

25  around September 4, 2020 and September 9, 2020.

26              **OBJECTIONS TO DOCUMENT SUBPOENAS**

27       NCMI objects to discovery pursuant to subpoenas issued pursuant to 28

28  U.S.C. §1782 ("Section 1782") on the ground that NCMI does not reside in or have

- 1 -

1  any office, facilities or other presence in this judicial district.  The Court, therefore,

2  lacks authority under Section 1782 to permit discovery in this judicial district and

3  the subpoenas are therefore invalid.

4        NCMI further objects that to each of the Requests contained in the Document

5  Subpoenas to the extent it calls for information protected from disclosure by

6  privilege.  NCMI further objects to the definitions of the phrases "Concerning,"

7  "Mr. Bass," "Mr. Randazza," "HoneyHouse PR," "Petitioner" and "Mr. Snyder,"

8  on the ground that those definitions are vague and ambiguous.  NCMI objects to the

9  "Instructions" to the extent they differ from the requirements of the Federal Rules

10  of Civil Procedure and Section 1782. NCMI further objects to the following

11  Requests on the ground that they are vague, confusing and fail to describe the

12  requested documents with reasonable particularity:  Request Nos.  7, 8, 9, 12,

13  NCMI further objects to the following Requests on the ground that they are overly

14  broad and seek information not related to the subject matter of the dispute: Request

15  Nos. 2, 3, 8, 9, 11, 15, 16, 17, 18, 19, 20, 21 and 22; Supplemental Request Nos. 1,

16  2, 3, 4, 5 and 6.    NCMI further objects to the following Requests on the ground

17  that they falsely assume that NCMI has control over media used in the publication

18  or dissemination of the "July 16, 2020 Articles":  Request Nos. 13, 14

19        NCMI states that it does not reside this this judicial district and has no

20  offices, facilities or other presence in this judicial district and that it does not

21  possess, control or have custody over any responsive documents or electronically

22  stored information within this judicial district or the United States.  NCMI further

23  states that it had no involvement in the publication or dissemination of the "July 16,

24  2020 Articles" and does not now and has never had control over any servers used to

25  publish or disseminate those articles.

26  ## OBJECTIONS TO TESTIMONY SUBPOENAS

27        NCMI objects to discovery pursuant to subpoenas issued pursuant to Section

28  1782 on the ground that NCMI does not reside in or have any office, facilities or

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

NEW CONTENT MEDIA INC.'S RESPONSES TO SUBPOENAS

other presence in this judicial district.  The Court, therefore, lacks authority under

Section 1782 to permit discovery in this judicial district and the subpoenas are

therefore invalid.

NCMI further objects that it has no officers, directors or agents within the

jurisdiction of the Court to provide the requested testimony.  NCMI objects to the

Testimony Subpoenas to the extent that the list of topics for deposition purports to

be "non-exhaustive" and specifically to the following topics, which are not

described with reasonable particularity:  Topics for Deposition Nos. 1, 2, 4, 5, 6, 7,

9, 10, 12, 13, 14, 15 and 16.

Dated: October 22, 2020                           Squire Patton Boggs (US) LLP


By:_____
        Joseph A. Meckes

Attorneys for Defendant
NEW CONTENT MEDIA INC.

010-9129-3568/1/AMERICAS

NEW CONTENT MEDIA INC.'S RESPONSES TO SUBPOENAS

Exhibit C

## Meckes, Joseph A.

| | |
|---|---|
| **From:** | Meckes, Joseph A. |
| **Sent:** | Wednesday, October 28, 2020 1:52 PM |
| **To:** | 'Wirtschafter, Carla M.'; Siev, Jordan W.; Qureshi, Rizwan A. |
| **Cc:** | Le, Hong T. |
| **Subject:** | RE: In re Application of Snyder, Civil Action No. 2:20-mc-00076 |

Dear Carla,

Thank you for your email.  We have provided sworn testimony that NCMI is not present in California and that there are no documents within the scope of the subpoenas. We request that Snyder withdraw the subpoenas and dismiss this proceeding.  Snyder should not force the Court to waste precious judicial resources on a matter over which it has no statutory subject matter jurisdiction and which will result in the production of no evidence.

If Snyder will agree to dismiss this matter, please let us know by 5 p.m. PDT.   If not, we will submit a short statement to the Court explaining our position and will plan to appear on Friday morning.

Thank you,

Joe

**Joseph A. Meckes**
Partner
Squire Patton Boggs (US) LLP
T  +1 415 954 0201
M  +1 925 595 8225
joseph.meckes@squirepb.com

---

**From:** Wirtschafter, Carla M. <CWirtschafter@ReedSmith.com>
**Sent:** Monday, October 26, 2020 4:32 PM
**To:** Meckes, Joseph A. <joseph.meckes@squirepb.com>; Siev, Jordan W. <JSiev@ReedSmith.com>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Cc:** Le, Hong T. <hong.le@squirepb.com>
**Subject:** [EXT] RE: In re Application of Snyder, Civil Action No. 2:20-mc-00076

Hi Joseph,

While New Content Media has now provided objections to the subpoena, those objections are untimely and have been waived and we do not consider them or give them any effect.  Nonetheless, in an effort to fully consider and evaluate your position, we would appreciate your client's response to the below.

- Please identify and describe all of the services New Content provided to Eleven and MEAWW.
- Please identify the "freelance writers" and "others" New Content paid to "create content" for Eleven and MEAWW's social media.
- Please identify and describe the services New Content "subscribe[d] to" and the "press releases" solicited for Eleven and MEAWW.
- Please provide evidence that New Content's "last freelancer" was paid in April 2020, and please identify the freelancer.

1

- Please provide evidence that New Content's "last subscription expired in May 2020", and please identify the subscription.
- Please provide a copy of New Content's July 26, 2020 submission to the California Secretary of State which also shows the date of submission.
- Please describe the purpose of the office space rented at 1601 Vine Street.
- Please describe the relationship and or affiliation between PubNinja and New Content, Eleven and/or MEAWW.
- Please describe all services David Richards performed for New Content, even if he was "never paid".
- Please describe David Richards' role and/or position at PubNinja.
- Please describe David Richards' role and/or position at MEAWW.

If we receive this information, we will consider a further continuance of the conference and contempt hearing presently scheduled for Friday.

Regards,
Carla

**Carla M. Wirtschafter**
+1 310 734 5253
cwirtschafter@reedsmith.com
**Reed**Smith LLP
1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067
Telephone: +1 310 734 5200 Fax: +1 310 734 5299
*Please consider the environment before printing the contents of this email.*

**From:** Meckes, Joseph A. <joseph.meckes@squirepb.com>
**Sent:** Friday, October 23, 2020 4:26 PM
**To:** Siev, Jordan W. <JSiev@ReedSmith.com>; Wirtschafter, Carla M. <CWirtschafter@ReedSmith.com>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Cc:** Le, Hong T. <hong.le@squirepb.com>
**Subject:** RE: In re Application of Snyder, Civil Action No. 2:20-mc-00076

EXTERNAL E-MAIL - From joseph.meckes@squirepb.com

Thanks, Jordan. Much obliged. Have a nice weekend.

**Joseph A. Meckes**
Partner
Squire Patton Boggs (US) LLP
T  +1 415 954 0201
M  +1 925 595 8225
**joseph.meckes@squirepb.com**

**From:** Siev, Jordan W. <JSiev@ReedSmith.com>
**Sent:** Friday, October 23, 2020 4:22 PM
**To:** Meckes, Joseph A. <joseph.meckes@squirepb.com>; Wirtschafter, Carla M. <CWirtschafter@ReedSmith.com>;
Qureshi, Rizwan A. <RQureshi@reedsmith.com>

2

**Cc:** Le, Hong T. <hong.le@squirepb.com>
**Subject:** [EXT] RE: In re Application of Snyder, Civil Action No. 2:20-mc-00076

We will respond by EOD Monday.  Thanks.

_____

**Jordan W. Siev**
**Reed**Smith **LLP**
**599 Lexington Avenue**
**New York, New York 10022**
**212.205.6085**
*jsiev@reedsmith.com*
**Fax 212.521.5450**
**Bio:  http://www.reedsmith.com/jordan_siev/**

---

**From:** Meckes, Joseph A. <joseph.meckes@squirepb.com>
**Date:** Friday, Oct 23, 2020, 7:17 PM
**To:** Siev, Jordan W. <JSiev@ReedSmith.com>, Wirtschafter, Carla M. <CWirtschafter@ReedSmith.com>, Qureshi, Rizwan A.
<RQureshi@reedsmith.com>
**Cc:** Le, Hong T. <hong.le@squirepb.com>
**Subject:** RE: In re Application of Snyder, Civil Action No. 2:20-mc-00076

EXTERNAL E-MAIL - From joseph.meckes@squirepb.com

Dear Jordan,

Thanks for the response.  We requested the response today so that we can plan for next week's hearing and know if
we'll need to make a submission.  Do you expect to have an answer on Monday?   We certainly want to cooperate as
much as we can.

Joe

**Joseph A. Meckes**
Partner
Squire Patton Boggs (US) LLP
T  +1 415 954 0201
M  +1 925 595 8225
**joseph.meckes@squirepb.com**

---

**From:** Siev, Jordan W. <JSiev@ReedSmith.com>
**Sent:** Friday, October 23, 2020 2:02 PM
**To:** Meckes, Joseph A. <joseph.meckes@squirepb.com>; Wirtschafter, Carla M. <CWirtschafter@ReedSmith.com>;
Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Cc:** Le, Hong T. <hong.le@squirepb.com>
**Subject:** [EXT] RE: In re Application of Snyder, Civil Action No. 2:20-mc-00076

Joe, we need some time to review and consider.  In light of the courtesy we extended you, and your client's
failure to respond for several weeks before you were hired, we assume this won't be a problem but please
advise if that is incorrect. Thanks.

_____

**Jordan W. Siev**
**Reed**Smith **LLP**
**599 Lexington Avenue**
**New York, New York 10022**
**212.205.6085**
*jsiev@reedsmith.com*
**Fax 212.521.5450**
**Bio:  http://www.reedsmith.com/jordan_siev/**

---

**From:** Meckes, Joseph A. <joseph.meckes@squirepb.com>
**Date:** Thursday, Oct 22, 2020, 5:19 PM
**To:** Siev, Jordan W. <JSiev@ReedSmith.com>, Wirtschafter, Carla M. <CWirtschafter@ReedSmith.com>, Qureshi, Rizwan A.
<RQureshi@reedsmith.com>
**Cc:** Le, Hong T. <hong.le@squirepb.com>
**Subject:** In re Application of Snyder, Civil Action No. 2:20-mc-00076

EXTERNAL E-MAIL - From joseph.meckes@squirepb.com

Dear Counsel,

Attached are the Declaration of Nirnay Chowdhary and New Content Media, Inc.'s Responses to the subpoenas your
client issued pursuant to 28 U.S.C. §1782.

Based on Mr. Chowdhary's declaration, there can be no dispute that Court's order permitting your client to issue
subpoenas under Section 1782 were based on the false premise that New Content Media resided in or could be found in
California.  Because New Content Media has no presence in the Central District of California, the subpoenas were
invalid.

Nonetheless, in an effort to resolve this matter without wasting the Court's time, we have prepared the attached
responses and sworn declaration to provide you assurances that there is no evidence to be found through New Content
Media either in the Central District of California or anywhere in the United States.  This should put an end to this matter.

Accordingly, we request that you inform the Court that you are withdrawing the subpoenas and request for discovery
pursuant to Section 1782.  Please let us know no later than 5 p.m. PDT tomorrow, Friday October 23, 2020 that you
intend to withdraw the subpoenas and Section 1782 request.

Very truly yours,

Joe

**Joseph A. Meckes**
Partner
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
T  +1 415 954 0201

4

Exhibit D



**Secretary of State**
**Certificate of Surrender**
(Foreign Qualified Corporation ONLY)

| SURC |

**D 1591553**

**IMPORTANT — Read Instructions before completing this form.**

There is **No Fee** for filing a Certificate of Surrender

**Copy Fees —** First page $1.00, each attachment page $0.50,
Certification Fee - $5.00

*Note.* For information about Franchise Tax Board final tax return requirements,
go to https://www.ftb.ca.gov

**FILED** TAW
**Secretary of State**
**State of California**

**OCT 1 2 2020**

ℓℓ **This Space For Office Use Only**

**1. Corporate Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

NEW CONTENT MEDIA INC.

**2. 7-Digit Secretary of State File Number**     **3. Jurisdiction** (State, foreign country or place where this corporation is formed.)

| C4157536 | Delaware |

**4. Mailing Address to mail copies of Legal Service** (Enter the **complete** mailing address where the California Secretary of State may forward copies of any legal documents against the corporation that are served on the Secretary of State intended for the corporation.)

| Mailing Address of Corporation | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 251 Little Falls Dr | Wilmington | DE | 19808 |

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file this Certificate of Surrender.)

Statements 5(a) – 5(d) are true.
  a) The corporation hereby surrenders its rights and authority to transact intrastate business in the State of California.
  b) The corporation hereby revokes its designation of agent for service of process in California.
  c) The corporation consents to process against it in any action upon any liability or obligation incurred within the State of California prior to the filing of this Certificate of Surrender may be served upon the California Secretary of State.
  d) All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

**6. Read and Sign Below** (See Instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

_____     Anay Chowdhary
Signature                    Type or Print Name

SURC (REV 01/2017)                    2017 California Secretary of State
                                      bizfile.sos.ca.gov