Squire Patton Boggs (US) LLP
Joseph A. Meckes (State Bar # 190279)
joseph.meckes@squirepb.com
Hong T Le (State Bar # 242335)
hong.le@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Respondent
NEW CONTENT MEDIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Civil Action No. 2:20-mc-00076<br><br>**DECLARATION OF NIRNAY CHOWDHARY** |

I, Nirnay Chowdhary, declare as follows:

1. I am the co-owner and an officer of respondent New Content Media, Inc. ("NCMI"). The other owner is my brother Anay Chowdhary, who is also an officer of NCMI. We are both residents of Bengaluru, Karnakata, India.

2. Anay Chowdhary and I also own Eleven Internet Services, Inc. ("EIS"), which is also based in Bengalaru. EIS owns MEAWW.com, which is also based in Bengalaru.

3. EIS, MEAWW, Anay Chowdary and I are all named as defendants in the litigation currently pending in the Court of the Hon'ble High Court of Delhi bearing the caption *Daniel Snyder Through his SPA Holder vs. Eleven Internet Services LLP & Ors.* (the "Indian Action"). We have appeared in the India Action and are actively defending ourselves in the India court.

- 1 -

DECLARATION OF NIRNAY CHOWDHARY

4. In around May 2020, NCMI ceased active business operations. Prior to that, we used NCMI to provide services to EIS and MEAWW, such as paying freelance writers and others to create content for social media, to subscribe to services and solicit press releases that required a local U.S. presence. We also used NCMI to try to register a trademark with the United States Patent and Trademark Office in name "MEA WORLD WIDE" in July 2019, but we did not pursue the registration and understand that our application has been abandoned. We paid our last freelancer in April 2020 and our last subscription expired in May 2020.

5. On July 26, 2020, NCMI filed a Certificate of Surrender with the California Secretary of State. Based on online records of the California Secretary of State, the surrender was entered on October 12, 2020.

6. Until February 2020, NCMI rented a small office at 1601 Vine Street in Los Angeles from WeWork. Since we closed the office in February, NCMI has had no physical presence in California or anywhere else in the United States.

7. NCMI was not involved in any way in the authorship or publication of the allegedly defamatory articles at issue in the India Action.

8. NCMI does not now have, and has never had, any officers, employees or agents resident in the United States. Petitioner refers to David Richards in his Application. Although Mr. Richards sometimes worked out of the Vine Street office, he worked for MEAWW or another related company called PubNinja, not NCMI. NCMI never paid Mr. Richards for his services, and Mr. Richards never had a position with NCMI

9. NCMI does not possess, control or have custody of any computers, servers or storage media anywhere in the world.

10. NCMI does not possess, control or have custody of any documents in the United States. To the extent there are documents pertaining to NCMI's services

- 2 -

DECLARATION OF NIRNAY CHOWDHARY

010-9128-9942/1/AMERICAS

prior to ceasing active business operations earlier this year, those documents are in India.

11. Contrary to assertions of Petitioner, NCMI does not now and has never owned, operated or controlled the MEAWW website or any content posted on that website.

12. NCMI has had no relationship or other dealings with Honey House XXX, LLC d/b/a HoneyHouse PR, Ari Bass a/k/a or p/k/a Michael Whiteacre, or Marc Randazza. NCMI has does not have possession, custody or control over any documents related to any of those persons.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 19th, 2020

_____
Nirnay Chowdhary