Carla Wirtschafter (SBN 292142)
Email:    cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone 310-734-55200
Fax 310-734-5299

Jordan W. Siev (*Pro hac vice*)
599 Lexington Avenue, 29th Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jsiev@reedsmith.com

Rizwan A. Qureshi (*Pro hac vice*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
Email: rqureshi@reedsmith.com

*Attorneys for Petitioner*
  *Daniel Snyder*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 2:20-mc-00076<br><br>**Declaration of Jordan W. Siev Regarding Petitioner Daniel Snyder's  Supplemental Submission [Dkt. 31] Re Contempt Against New Content Media, Inc. for Failing to Comply With Subpoenas for Documents**<br><br>*The Honorable Michael R. Wilner* |

# DECLARATION OF JORDAN W. SIEV

I, Jordan W. Siev, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at Reed Smith LLP, attorneys of record for petitioner Daniel Snyder ("<u>Petitioner</u>") in this matter. I am fully familiar with the facts and circumstances set forth herein and if called as a witness could testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the LinkedIn profile for David Richard, which I caused to be printed on November 8, 2020 and which was last accessed on November 13, 2020.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Facebook profile for David Richard, which I caused to be printed on November 8, 2020 and which was last accessed on November 13, 2020.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the LinkedIn profile for Nirnay Chowdhary, which I caused to be printed on November 8, 2020 and which was last accessed on November 13, 2020.

5. Attached hereto as **Exhibit 4** is a true and correct copy of MEAWW's Privacy Policy which I caused to be printed on November 8, 2020 and which was last accessed on November 13, 2020.

6. As of November 8, 2020, the MEAWW App. is no longer available on either Google Play or iTunes. To the best of my knowledge, the MEAWW App. was available for download on both Google Play and iTunes as of at least October 9, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of November, 2020 at Los Angeles, California.



Jordan W. Siev, Esq.