Carla M. Wirtschafter (SBN 292142)
Email:   cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone 310-734-55200
Fax 310-734-5299

Jordan W. Siev (*Pro hac vice*)
599 Lexington Avenue, 29th Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jsiev@reedsmith.com

Rizwan A. Qureshi (*Pro hac vice*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
Email: rqureshi@reedsmith.com

*Attorneys for Petitioner*
  *Daniel Snyder*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 2:20-mc-00076<br><br>**Petitioner Daniel Snyder's Discovery Proposal in Response to December 2, 2020 Minute Order [Dkt. 35]**<br><br>*The Honorable Michael R. Wilner* |

Petitioner Daniel Snyder ("Petitioner") provides the following discovery proposal in response to the Court's Minute Order at Dkt. 35.

## I. DOCUMENTS

Petitioner seeks the follow documents from New Content regarding it and its business for the period July 1, 2019 to the present:

- Documents sufficient to identify and describe each of the "services" New Content provided to Indian Action Defendants Eleven and MEAWW, and who provided such services on behalf of New Content, as described in Dkt. 30-2, ¶ 4.
- Documents sufficient to identify each freelance writer New Content paid, and a copy of each story, post or other writing commissioned, as described in Dkt. 30-2, ¶ 4.
- Documents reflecting all payments New Content made to freelance writers, as described in Dkt. 30-2, ¶ 4.
- Documents reflecting all social media content New Content paid freelance writers to provide, as described in Dkt. 30-2, ¶ 4.
- Documents reflecting all services New Content subscribed to, as described in Dkt. 30-2, ¶ 4.
- Documents reflecting all press releases New Content solicited, as described in Dkt. 30-2, ¶ 4.
- Documents reflecting the termination or expiration of all services New Content subscribed to, including that New Content's "last subscription expired in May 2020", as described in Dkt. 30-2, ¶ 4.
- Documents sufficient to identify the bank account(s) New Content used to make and receive payments, including payments to freelance writers, payments for subscriptions, payments to MEAWW, PubNinja or Eleven and payments from MEAWW, PubNinja or Eleven, as described in Dkt. 30-2, ¶ 4.

- Documents related to New Content's offering of the MEAWW app on GooglePlay, including all documents submitted to remove the application from the GooglePlay store after October 9, 2020. (Dkt. 9-1.)
- Documents describing New Content's corporate structure, officers, agents and employees, including the roles, duties and compensation provided to: (i) Alysha Tharani (treasurer), as described in Dkt. 32, ¶ 3; (ii) David Richard registered agent for service of process until May 9, 2019; (iii) Nirnay Chowdhary (co-owner and officer), as described in Dkt. 30-2, ¶ 1; and (iv) Anay Chowdhary, as described in Dkt. 30-2, ¶ 1.
- Documents describing New Content's role, involvement in, or knowledge of hosting and operating, in the United States, MEAWW's servers and Services, defined in the "MEAWW Privacy Policy" to include the "Websites", "Apps", "Social Media Pages" and "email messages." *See* Dkt. 1-5, pp. 2.
- Documents sufficient to describe all services David Richards performed for New Content, even if he was "never paid", as described in Dkt. 30-2, ¶ 8.
- Documents sufficient to show New Content's services provided to or by, or its relationship, partnership or affiliation with, or any other connection to PubNinja, the Daily Net, HoneyHouse. PR, Ari Scott Bass a/k/a Michael Whiteacre, and/or Marc Randazza.

Petitioner proposes that New Content be ordered to produce all documents by December 23, 2020.

II. **DEPOSITION OF NEW CONTENT'S 30(b)(6) REPRESENTATIVE**

Petitioner further requests that New Content be ordered to produce for deposition, through secure online remote means, a representative to testify on a date to be determined about any of the topics covered by the above document requests and/or the documents produced in response thereto.

Dated: December 9, 2020      REED SMITH LLP

By: */s/ Carla Wirtschafter*
Jordan W. Siev
Rizwan A. Qureshi
Carla Wirtschafter

*Attorneys for Petitioner
Daniel Snyder*