# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | MC 20-76 MWF (MRWx) | Date | December 9, 2020 |
| Title | Daniel Snyder v. New Content Media | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | MS Teams 12/9/2020 |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Jordan Siev | Joseph Meckes |
| Carla Wirtschafter | |

**Proceedings:**     **ORDER RE: STATUS CONFERENCE**

The Court conferred with the parties regarding the status of discovery. The parties will submit a joint report by December 18, 2020. The Court sets a further status conference on December 22, 2020 at 11:00 a.m.

: 45

Initials of Preparer    vp