Carla M. Wirtschafter (SBN 292142)
Email:   cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone 310-734-55200
Fax 310-734-5299

Jordan W. Siev (*Pro hac vice*)
599 Lexington Avenue, 29th Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jsiev@reedsmith.com

Rizwan A. Qureshi (*Pro hac vice*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
Email: rqureshi@reedsmith.com

*Attorneys for Petitioner*
   *Daniel Snyder*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 2:20-mc-00076<br><br>**Joint Status Report Regarding Discovery Pursuant to Dkt. 38**<br><br>*The Honorable Michael R. Wilner* |

Petitioner Daniel Snyder ("Petitioner") and Respondent New Content Media Inc. ("Respondent") provide the following Joint Status Report pursuant to the Court's Minute Order at Dkt. 38.

On December 17, 2020 following the parties' meet and confer efforts, Respondent produced documents. Petitioner will meet and confer with Respondent about any follow-up document requests, about scheduling the deposition of Respondent's FRCP 30(b)(6) representative, and the topics for examination. If the parties reach an impasse about any issue, they will so advise the Court in advance of the January 5, 2020 status conference.

Dated: December 22, 2020         REED SMITH LLP

By: */s/ Carla M. Wirtschafter*
　　Jordan W. Siev
　　Rizwan A. Qureshi
　　Carla M. Wirtschafter

　　*Attorneys for Petitioner*
　　*Daniel Snyder*

Dated: December 22, 2020         Squire Patton Boggs (US) LLP

By: */s/ Joseph A. Meckes*
　　Joseph A. Meckes
　　*Attorneys for Respondent*
　　*New Content Media, Inc.*

- 2 -

## ATTESTATION OF FILER

I, Carla M. Wirtschafter, the filer of this document on the Court's CM/ECF system, hereby attest that all other signatories hereto, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 22, 2020      By:    *Carla M. Wirtschafter*
                                                           Carla M. Wirtschafter