# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | MC 20-76 MWF (MRWx) | Date | January 5, 2021 |
| Title | In Re Application of Daniel Snyder | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | Zoom.gov 1/5/2021 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Jordan Siev<br>Carla Wirtschafter | Joseph Meckes |

Proceedings:     **ORDER RE: STATUS CONFERENCE**

   The Court conferred with the parties. The Court sets a further status conference on January 27, 2021 at 1:00 p.m. (PT). The parties may submit a joint status report by January 25, 2021.

|  | : | 35 |
|---|---|---|
|  | Initials of Preparer | vp |