Carla M. Wirtschafter (SBN 292142)
Email:   cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone 310-734-55200
Fax 310-734-5299

Jordan W. Siev (*Pro hac vice*)
599 Lexington Avenue, 29th Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jsiev@reedsmith.com

Rizwan A. Qureshi (*Pro hac vice*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
Email: rqureshi@reedsmith.com

*Attorneys for Petitioner
  Daniel Snyder*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 2:20-mc-00076<br><br>**Petitioner Daniel Snyder's Request For An Order Requesting International Judicial Assistance Pursuant To The Hague Convention Of March 18, 1970, On The Taking Of Evidence Abroad In Civil or Commercial Matters**<br><br>*The Honorable Michael R. Wilner* |

Petitioner Daniel Snyder ("Petitioner") asks the Court to enter an Order, in the form letter from the Hague Convention attached hereto as **Exhibit A**, Requesting International Judicial Assistance Pursuant to the Hague Convention of March 18, 1970, on the Taking of Evidence Abroad in Civil or Commercial Matters to take the deposition of Nirnay Chowdhary (a resident and citizen of India), the corporate representative that Respondent New Content Media, Inc. Rule 30(b)(6) intends to designate as its corporate representative to testify on its behalf pursuant to the Court's Orders authorizing the service of deposition and document subpoenas in this action. Dkts. 14, 17, 23. In light of the ongoing coronavirus pandemic, Petitioner further requests that the Court Request that the deposition proceed via online secure remote means.

Pursuant to the rules and requirements in India, the "voluntary depositions of Indian nationals and third country nationals require prior permission of the Indian Central Authority for the Hague Evidence Convention." *See* https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/India.html (last accessed January 13, 2021).

Dated: January 25, 2021            REED SMITH LLP

                                    By: */s/ Carla Wirtschafter*
                                        Jordan W. Siev
                                        Rizwan A. Qureshi
                                        Carla Wirtschafter

                                    *Attorneys for Petitioner*
                                    *Daniel Snyder*

- 1 -

Petitioner Daniel Snyder's Request For An Order Requesting International Judicial Assistance Pursuant To The Hague Convention Of March 18, 1970, On The Taking Of Evidence Abroad In Civil or Commercial Matters