Squire Patton Boggs (US) LLP
Joseph A. Meckes (State Bar # 190279)
joseph.meckes@squirepb.com
Hong T Le (State Bar # 242335)
hong.le@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:   +1 415 954 0200
Facsimile:    +1 415 393 9887

Attorneys for Specially Appearing Respondent
NEW CONTENT MEDIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Civil Action No. 2:20-mc-00076<br><br>**STATEMENT OF NONOPPOSITION TO PETITIONER'S REQUEST FOR AN ORDER REQUESTING INTERNATIONAL JUDICIAL ASSISTANCE, ETC. (ECF 43)** |

- 1 -
STATEMENT OF NONOPPOSITION

In response to Petitioner Daniel Snyder's Request For An Order Requesting International Judicial Assistance Pursuant To The Hague Convention Of March 18, 1970, On The Taking Of Evidence Abroad In Civil or Commercial Matters (ECF 43), respondent New Content Media, Inc. does not oppose petitioner's request that the Court enter the form order attached to the Request as Exhibit A. ECF 43-1.

Dated: January 29, 2021                       Squire Patton Boggs (US) LLP

                                              By: /s/ Joseph A. Meckes
                                                  Joseph A. Meckes

                                              Attorneys for Respondent
                                              NEW CONTENT MEDIA INC.