# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide pursuant to 28 U.S.C. § 1782. | Case No. Misc. 20-76 MWF (MRWx)<br><br>**ORDER GRANTING HAGUE CONVENTION REQUEST** |

The unopposed request of Applicant Daniel Snyder for the issuance of a Hague Convention Letter of Request is GRANTED. (Docket # 43, 45.) The Court's letter is attached in the format presented by the Applicant. The Clerk is directed to affix the Court's seal to the letter and provide the materials to Applicant's lawyers.

Dated: February 9, 2021

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

1. Sender

   The Honorable Michael R. Wilner
   Magistrate Judge for the Central District of California
   Roybal Federal Building and United States Courthouse,
   Courtroom 550, 5th Floor
   255 E. Temple St.,
   Los Angeles, CA, 90012

2. Central Authority of the Requested State

   Ministry of Law and Justice, Department of Legal Affairs, New Delhi
   4th Floor, A-Wing, Shastri Bhawan, New Delhi, Delhi 110001, India

3. Person to whom the executed request is to be returned

   Carla M. Wirtschafter (SBN 292142)
   Email: cwirtschafter@reedsmith.com
   REED SMITH LLP
   1901 Avenue of the Stars, Suite 700
   Los Angeles, CA  90067-6078
   Telephone 310-734-55200
   Fax 310-734-5299

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

   Date: February 12, 2021

   Reason for urgency*: The deposition subpoenas were first served in September 2020 and prompt resolution of the underlying action is desired by the Parties and the court.

   _____

   * Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | | |
|---|---|---|---|
| 5. | a | Requesting judicial authority (Article 3,*a*)) | The Honorable Michael R. Wilner, United States Magistrate Judge for the Unitied States District Court for the Central District of California, |
| | b | To the competent authority of (Article 3, *a*)) | Ministry of Law and Justice, Government of India, transmitted via the Department of Justice, Office of International Affairs, addressed to the Ministry of Home Affairs |
| | c | Names of the case and any identifying number | In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782, Unitied States District Court for the Central District of California, Misc. Action No. 2:20-mc-00076 |
| 6. | | Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, *b*)) | |
| | a | Plaintiff | Daniel Snyder c/o Reed Smith LLP |
| | | Representatives | Reed Smith LLP, Carla M. Wirtschafter, Jordan W. Siev 1901 Avenue of the Stars, Suite 700 Los Angeles, California 90067 |
| | b | Defendant | New Content Media Inc. c/o Squire Patton Boggs (US) LLP |
| | | Representatives | Joseph A. Meckes Squire Patton Boggs (US) LLP Suite 2600 275 Battery Street San Francisco, CA 94111 |
| | c | Other parties | |
| | | Representatives | |

_____

* Omit if not applicable.

| | | | |
|---|---|---|---|
| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c)) | Discovery pursuant to 28 U.S.C. § 1782 |
| | b | Summary of complaint | See attached Petition and Supplemental Petition |
| | c | Summary of defence and counterclaim* | n/a |
| | d | Other necessary information or documents* | See attached Petition and Supplemental Petition |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, d)) | Deposition of the corporate representative of New Content Media, Inc., who counsel has indicated with be Mr. Nirnay Chowdhary |
| | b | Purpose of the evidence or judicial act sought | Compliance with Court ordered subpoenas to appear for deposition. |
| 9. | | Identity and address of any person to be examined (Article 3, e))* | Nirnay Chowdhary |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))* | See attached Petition and Supplemental Petition |

_____

* Omit if not applicable.

| | |
|---|---|
| 11. Documents or other property to be inspected (Article 3, *g)*)* | n/a |
| 12. Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3, *h)*)* | Purusant to Rule 30 of the Federal Rules of Civil Procedure, the deposition shall proceed under oath before an officer appointed or designated under Rule 28 of the Federal Rules of Civil Procedure |
| 13. Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, *i)* and 9)* | Oral deposition recorded by videographer, stenography and taken through online, secure remote means such as Zoom or other web-based platforms; court reporter will be located in the United States |
| 14. Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)* | n/a |
| 15. Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Article 8)* | n/a |

_____

* Omit if not applicable.

16. Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11, *b*))*

n/a

17. The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by*

Petitioner

DATE OF REQUEST

~~January XXX~~, 2021
February 9,

SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY

Hon. Michael R. Wilner
United States Magistrate Judge

[Erase all entries]   [Print]

_____

* Omit if not applicable.