JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782 | Case No. 2:20-mc-76 MWF (MRWx) <br><br> **Order of Case Closure Without Prejudice** |

WHEREAS Petitioner Daniel Snyder ("Petitioner") commenced this action on August 7, 2020 for discovery from Respondent New Content Media Inc. ("Respondent" or "New Content") pursuant to 28 U.S.C. § 1782.

WHEREAS the Court granted the Petition, and the Supplemental Petition, and authorized Petitioner to serve document and deposition subpoenas filed with the Petition, at Dkts. 1-2 and 1-3, and the Supplemental Petition, at Dkts. 13-9 and 13-10, on New Content.

WHEREAS New Content has produced certain documents in response to the document subpoenas and Mr. Nirnay Chowdhardy, on behalf of New Content, has represented under penalty of perjury that the documents produced are the only responsive documents in New Content's possession, custody and control to the demands listed on page 2 of Petitioner's status report, *see* Dkt. 41 and that New Content does not have other documents as stated in Dkts. 30-2 and 32.

US_ACTIVE-158595419

WHEREAS New Content has stated that Nirnay Chowdhardy, a resident of India, would be its corporate representative if the Ministry of Law and Justice, Department of Legal Affairs, New Delhi grants Petitioner's Hague Convention request to order Mr. Chowdary to testify about the topics set forth in the deposition subpoenas authorized by this Court and New Content's document collection efforts, *see* Dkt. 43, 45 and 46.

WHEREAS on February 9, 2021 the Court granted Petitioner's request and issued a Hague Convention Letter of Request to the Ministry of Law and Justice, Department of Legal Affairs, New Delhi requesting authorization for Petitioner to depose Mr. Chowdhary.

WHEREAS, Petitioner states that it has commenced the process in India pursuant to the Hague Convention to obtain the appropriate authorization to depose Mr. Chowdhary and anticipates that it may be several months before that process is complete.

WHEREAS, the Court has stated that it shall close this matter without prejudice to Petitioner's right to request, if necessary, that the matter be reopened for further proceedings in this Court in connection with, related to or arising from testimony provided by Mr. Chowdhary on behalf of New Content.

NOW THEREFORE IT IS HEREBY ORDERED THAT this matter is closed without prejudice to Petitioner's right to request, if necessary, that the matter be reopened for further proceedings in this Court without prejudice to Respondent's right to respond and/or object to any such application made by Petitioner.

**SO ORDERED.**

Dated: March 1, 2021

MICHAEL W. FITZGERALD
United States District Judge

- 2 -
Order of Case Closure Without Prejudice